DEFENDANT            MIKELL REEVE FRIES

YOB:                 1974

ADDRESS:             Claxton, GA

COMPLAINT FILED?         YES   X   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     YES    X    NO

OFFENSE:             Count 1:  15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE: Larimer & Weld Counties, Colorado and elsewhere

PENALTY:             Count 1:  NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:              FBI Special Agent LaNard Taylor
                   Commerce OIG Special Agent Matthew Koppenhaver
                   USDA OIG Special Agent Derek Repp

AUTHORIZED BY:       Hetal J. Doshi            Michael Koenig
                   Assistant U.S. Attorney    Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

   five days or less     X   over five days         other

THE GOVERNMENT:

     will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
  X  will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                          Yes     X     No