| | |
|---|---|
| DEFENDANT | ROGER BORN AUSTIN |
| YOB: | 1956 |
| ADDRESS: | Bowdon, GA |

COMPLAINT FILED?          YES   X   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?          YES     X     NO

| | |
|---|---|
| OFFENSE: | Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce |
| LOCATION OF OFFENSE: | Larimer & Weld Counties, Colorado and elsewhere |
| PENALTY: | Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| AGENTS: | FBI Special Agent LaNard Taylor<br>Commerce OIG Special Agent Matthew Koppenhaver<br>USDA OIG Special Agent Derek Repp |
| AUTHORIZED BY: | Hetal J. Doshi          Michael Koenig<br>Assistant U.S. Attorney   Trial Attorney, Antitrust Division |

ESTIMATED TIME OF TRIAL:

   five days or less       X   over five days          other

THE GOVERNMENT:

       will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
  X   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                         Yes     X     No

1