| | |
|---|---|
| <u>DEFENDANT</u> | WILLIAM VINCENT KANTOLA |
| <u>YOB</u>: | 1954 |
| <u>ADDRESS</u>: | Gainesville, GA |
| <u>COMPLAINT FILED</u>? | _____ YES   _X_ NO |

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   _____ YES   _X_ NO

| | |
|---|---|
| <u>OFFENSE</u>: | Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce |
| <u>LOCATION OF OFFENSE</u>: | Larimer & Weld Counties, Colorado and elsewhere |
| <u>PENALTY</u>: | Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| <u>AGENTS</u>: | FBI Special Agent LaNard Taylor<br>Commerce OIG Special Agent Matthew Koppenhaver<br>USDA OIG Special Agent Derek Repp |
| <u>AUTHORIZED BY</u>: | Hetal J. Doshi         Michael Koenig<br>Assistant U.S. Attorney   Trial Attorney, Antitrust Division |

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less    _X_ over five days    ___ other

<u>THE GOVERNMENT</u>:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                         ___ Yes   _X_ No

1