| | |
|---|---|
| <u>DEFENDANT</u> | WILLIAM WADE LOVETTE |
| <u>YOB</u>: | 1960 |
| <u>ADDRESS</u>: | Charlotte, NC |

<u>COMPLAINT FILED</u>?         YES   X   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?         YES    X    NO

<u>OFFENSE</u>:  Count 1:  15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

<u>LOCATION OF OFFENSE</u>:  Larimer & Weld Counties, Colorado and elsewhere

<u>PENALTY</u>:  Count 1:  NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

<u>AGENTS</u>:  FBI Special Agent LaNard Taylor
Commerce OIG Special Agent Matthew Koppenhaver
USDA OIG Special Agent Derek Repp

<u>AUTHORIZED BY</u>:  Hetal J. Doshi          Michael Koenig
Assistant U.S. Attorney    Trial Attorney, Antitrust Division

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less     X   over five days      ___ other

<u>THE GOVERNMENT</u>:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
  X   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                        Yes     X     No

1