IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN
5.     **TIMOTHY R. MULRENIN,**
6.     **WILLIAM VINCENT KANTOLA,**
7.     **JIMMIE LEE LITTLE,**
8.     **WILLIAM WADE LOVETTE,**
9.     **GARY BRIAN ROBERTS,**
10.   **RICKIE PATERSON BLAKE,**

      Defendants.

---

**UNOPPOSED GOVERNMENT MOTION TO EXTEND THE GOVERNMENT'S DISCOVERY DEADLINE**

---

The United States of America respectfully moves the Court for an order extending the government's discovery deadline by one week, to December 1, 2020, due to a positive COVID-19 test in the government's Electronic Processing Center.

AS GROUNDS for this motion, the government states as follows:

1.     The Discovery Orders for Defendants Mulrenin, Kantola, Little, Lovette, Roberts, and Blake require the government to disclose materials on or before November 24, 2020. (ECF Nos. 138, 141, 144, 147, 150, 153).

2. The government has been diligent in fulfilling its discovery obligations and has already produced more than 12.7 million documents. The government anticipated making additional productions this week and on November 24, 2020, to comply with its deadline. Because of the volume of materials, the government will provide the remaining productions on physical media, which will be shipped by common carrier to the defendants.

3. However, the government recently learned that a contract employee in the government's Electronic Processing Center, which processes incoming and outgoing document productions, tested positive for COVID-19. As a result, the Electronic Processing Center is temporarily closed while it undergoes a deep cleaning and employees who had contact with the COVID-positive employee are in the process of quarantining. The government does not expect employees to return to the Electronic Processing Center until next week, pending COVID-19 quarantining and test results for the exposed employees.

4. While the government will resume production of discovery as soon as possible, due to the delay caused by the closure and the uncertainty of the situation, the government respectfully requests a preliminary extension of its discovery deadline by one week.[1]

5. The United States has consulted with counsel for the defendants and they

---

[1] The government's investigation is ongoing and thus generates additional evidence that has been and will continue to be provided to all defendants on a rolling basis as it is received and processed for production. With regard to cell phones and iCloud accounts that were seized in the summer and early fall of 2020 pursuant to search warrants, for example, the government is currently working with the various stakeholders to filter the evidence for privilege.

have no objection to this request.

WHEREFORE, the government respectfully requests that the Court extend the deadline for the government's discovery by one week, to December 1, 2020.

Respectfully submitted this 20th day of November, 2020.

_____
HEATHER D. CALL
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 598-2623
E-mail: Heather.Call@usdoj.gov

*Attorney for the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of November 2020, I electronically filed the foregoing **UNOPPOSED GOVERNMENT MOTION TO EXTEND THE GOVERNMENT'S DISCOVERY DEADLINE** with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record in the above-captioned matter.

HEATHER D. CALL
Trial Attorney
United States Department of Justice
Antitrust Division
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 598-2623
Email: Heather.Call@usdoj.gov

*Attorney for the United States*