IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS TO DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS FOR BILL OF PARTICULARS

Defendants Jayson Penn, Mikell Fries, Scott Brady, Roger Austin, Timothy Mulrenin, William Kantola, Jimmie Little, William Lovette, Gary Roberts, and Rickie Blake, by and through undersigned counsel, and pursuant to Rules 49.1(d) and 49.1(f) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict public access to the unredacted copy of Defendants' Joint Reply in Support of Motions for Bill of Particulars, any order revealing the contents of redaction, and the brief filed in support of this

motion for the reasons set forth in the accompanying Brief in Support of Motion to Restrict Public Access to Defendants' Joint Reply in Support of Motions for Bill of Particulars.

Dated:  December 31, 2020                                           Respectfully submitted,

 /s/ *Michael F. Tubach*                                             /s/ *Richard K. Kornfeld*
Michael F. Tubach (Cal. Bar No. 145955)      Richard K. Kornfeld
O'MELVENY & MYERS LLP                          Recht Kornfeld, P.C.
Two Embarcadero Center, 28th Floor           1600 Stout Street, Suite 1400
San Francisco, CA 94111-3823                       Denver, CO  80202
Telephone: 415-984-8700                                303-573-1900
Facsimile: 415-984-8701                                   Fax: 303-446-9400
E-mail:  mtubach@omm.com                         Email: rick@rklawpc.com
*Attorneys for Defendant Jayson Jeffrey Penn*   *Attorneys for Defendant Mikell Reeve Fries*

/s/ *Bryan B. Lavine*                                             /s/ *Michael S. Feldberg*
Bryan B. Lavine                                                      Michael S. Feldberg
Troutman Pepper Hamilton Sanders LLP      Reichman Jorgensen LLP-New York
600 Peachtree Street, N. E., Suite 3000            750 Third Avenue, 24th Floor
Atlanta, Georgia 30308                                      New York, New York 10017
404-885-3170                                                          212-381-4970
Fax: 404-962-6613                                               Fax: 212-381-4971
Email: bryan.lavine@troutman.com               Email: mfeldberg@reichmanjorgensen.com
*Attorneys for Defendant Scott James Brady*   *Attorneys for Defendant Roger Born Austin*

/s/ *Elizabeth B. Prewitt*                                      /s/ *James A. Backstrom*
Elizabeth B. Prewitt                                              James A. Backstrom
Latham & Watkins LLP-DC                            James A. Backstrom, Counsellor at Law
555 11th Street, N.W., Suite 1000                    1515 Market Street, Suite 1200
Washington, DC 20004-1304                          Philadelphia, PA 19102-1932
202-637-2200                                                        215-864-7797
Fax: 202-637-2201                                               Email: jabber@backstromlaw.com
Email: elizabeth.prewitt@lw.com                    *Attorney for Defendant William Vincent*
*Attorneys for Defendant Timothy R. Mulrenin*   *Kantola*

/s/ *Mark A. Byrne*                                              /s/ *John Anderson Fagg, Jr.*
Mark A. Byrne (Cal. Bar No. 116657)          John Anderson Fagg, Jr.
BYRNE & NIXON LLP                                   Moore & Van Allen PLLC
888 West Sixth Street, Suite 1100                   100 North Tryon Street, Suite 4700
Los Angeles, CA 90017                                  Charlotte, NC 28202

2

| | |
|---|---|
| Telephone: 213-620-8003<br>Facsimile: 213-620-8012<br>Email: markbyrne@byrnenixon.com<br>*Attorneys for Defendant Jimmie Lee Little* | 704-331-3622<br>Fax: 704-378-2092<br>Email: johnfagg@mvalaw.com<br>*Attorneys for Defendant William Wade Lovette* |
| /s/ *Craig A. Gillen*<br>Craig A. Gillen<br>Gillen Withers & Lake, LLC<br>400 Galleria Parkway, Ste 1920<br>Atlanta, GA 30339<br>Telephone: (404) 842-9700<br>Facsimile: 404-842-9750<br>E-mail: cgillen@gwllawfirm.com<br>*Attorneys for Defendant Gary Brian Roberts* | /s/ *Barry J. Pollack*<br>Barry J. Pollack<br>Robbins Russell Englert Orseck Untereiner &<br>Sauber LLP<br>2000 K Street N.W., 4th Floor<br>Washington, DC 20006<br>202-775-4514<br>Fax: 202-775-4510<br>Email: bpollack@robbinsrussell.com<br>*Attorneys for Defendant Rickie Patterson Blake* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2020, I electronically filed the foregoing **DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS TO DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS FOR BILL OF PARTICULARS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach