# EXHIBIT B



**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*Michael T. Koenig*
*Trial Attorney*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 616-2165 (Office)*
*(202) 476-0435 (Cell)*
*Michael.Koenig@usdoj.gov*

June 15, 2021

VIA EMAIL

| | |
|---|---|
| Rick Kornfeld<br>Recht Kornfeld PC<br>1600 Strout Street, Suite 1400<br>Denver, CO 80202 | Bryan Lavine<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308 |
| Michael Feldberg<br>Reichman Jorgensen Lehman &<br>Feldberg LLP<br>Attn: Laura Carwile and Michael Feldberg<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065 | Michael Tubach<br>O'Melveny & Myers LLP<br>Attn: Francine Seno<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035 |
| Elizabeth Prewitt<br>Latham & Watkins LLP<br>Attn: Kent Russell<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538 | John A. Fagg, Jr.<br>Moore & Van Allen PLLC<br>100 North Tryon Street,<br>Suite 4700<br>Charlotte, NC 28202-4003 |
| James A. Backstrom<br>James A. Backstrom, Counsellor at Law<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102-1932 | Craig Gillen<br>Gillen, Withers and Lake<br>400 Galleria Parkway, Suite 1920<br>Atlanta, Georgia 30339 |
| Mark A. Byrne<br>Byrne & Nixon LLP<br>888 West Sixth Street<br>Suite 1100<br>Los Angeles, California 90017 | Barry J. Pollack<br>Robbins, Russell, Englert, Orseck,<br>Untereiner & Sauber, LLP<br>2000 K Street, N.W., 4th Floor<br>Washington, DC 20006 |

Re:   *United States v. Penn, et al.*, Criminal Action No. 20-cr-00152-PAB

Dear Counsel:

I write in response to your letter dated June 10, 2021, in which you raised three issues relating to the ongoing discovery in this case.

First, regarding your request for "the government [to] provide a date when it will complete production of discovery," we will not provide such a date. You filed a motion on the very same issue in February, ECF No. 235, and the Court denied your motion in April, ECF No. 256.

Second, regarding your request for "the government promptly [to] produce reports of all witness interviews that it has conducted to date," we will do so for reports that are ready to produce. That has been our goal throughout the litigation and it continues to be our goal. I note, however, that we had technical issues with one interview report (███████████████, interviewed in November 2020) that prevented us from producing it through our normal processes. After multiple attempts to rectify those issues, we are attaching a pdf of the report, and as a courtesy pdfs of additional interview reports that are in the production queue but not yet ready to produce in production format, to this letter.[1]

Third, regarding your inquiries into various production issues, we will resolve them soon. We will provide the native files for the volume DOJ-ATR006 that were inadvertently omitted from BR_CHICK_019. In addition, the extracted text issue referenced in your letter affects volume PPC038-001 and was due to an error in the production made by the original producing party. We have requested the original producing party correct the discrepancy between the images and the extracted text in the production referenced in your letter. As noted in prior correspondence, in general, we do not modify the metadata provided by the original producing party and produce the metadata as it was provided to us. To the extent the government determines there is an error with metadata or defendants inform us of an error with metadata, we have requested corrected files from the original producing party and produced the corrected files to defendants.

Sincerely,

Michael T. Koenig

---

[1] You also asked "the government (1) [to] confirm whether it has conducted any interviews beyond those for which the government has provided summaries to date to Defendants and (2) if so, [to] provide a list of those interviews and when the government anticipates providing summaries." In response to (1), yes. In response to (2), in addition to the reports (summaries) attached to this letter, we have also conducted interviews of ███████████████████████████████████████████████████████████. We will provide those reports as they become available.

2