IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN WILLIAM LOVETTE'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT

Defendant William Lovette, by and through his counsel, hereby moves for leave to exceed the fifteen-page (15) limit by an additional five (5) pages, in accordance with Chief Judge Philip A. Brimmer's Practice Standards for Criminal Cases, with respect to his Motion to Dismiss the Superseding Indictment. Mr. Lovette shows this Court the following:

1.     The filing deadline for Mr. Lovette's Motion to Dismiss the Superseding Indictment is Monday, July 26, 2021. Mr. Lovette has submitted this request for leave to exceed the page limit before the Motion to Dismiss the Superseding Indictment filing deadline and

granting the request for additional pages would not cause any delay or hinder compliance with this deadline.

2. The Superseding Indictment contains 145 paragraphs of allegations and outlines fourteen different episodes. Due to the complexity and fact-specific nature of the Superseding Indictment, Mr. Lovette requests five (5) additional pages be allotted to him, providing him with a total of twenty (20) pages, exclusive of the Certificate of Service.

3. Undersigned counsel has conferred with the Government concerning this request and the Government does not oppose the request for leave to exceed the page limit by five (5) pages.

4. Good cause exists for leave to exceed the page limit.

WHEREFORE, Defendant William Lovette respectfully requests that the Court grant this motion and permit Mr. Lovette to exceed the page limit for his Motion to Dismiss the Superseding Indictment, and grant Mr. Lovette any further relief that the Court may deem just and proper.

This 22nd day of July 2021.   Respectfully Submitted,

/s/ John A. Fagg, Jr.
John A. Fagg, Jr.
James P. McLoughlin, Jr.
Frank Schall
Kaitlin Price
**Moore & Van Allen PLLC**
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone:  704-331-3622
Email:  johnfagg@mvalaw.com

*Attorneys for William Wade Lovette*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2021, I electronically filed the foregoing **MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANT WILLIAM LOVETTE'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John A. Fagg, Jr.