IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

## PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANT WILLIAM LOVETTE'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT

The Court, having reviewed Defendant William Lovette's Unopposed Motion for Leave to Exceed Page Limit in Motion to Dismiss the Superseding Indictment and being otherwise fully advised, the Court:

Hereby GRANTS Defendant William Lovette's Unopposed Motion for Leave to Exceed Page Limit by an additional five (5) pages and will allow Mr. Lovette to use up to and including twenty (20) pages, exclusive of the Certificate of Service, for his Motion to Dismiss the Superseding Indictment.

Dated this ___ of July, 2021.

BY THE COURT:

_____
Chief Judge Philip A. Brimmer