IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **JAYSON JEFFREY PENN**,
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN**,
5.   TIMOTHY MULRENIN,
6. **WILLIAM VINCENT KANTOLA**,
7. **JIMMIE LEE LITTLE**,
8. **WILLIAM WADE LOVETTE**,
9. **GARY BRIAN ROBERTS**, and
10. **RICKIE PATTERSON BLAKE**,

      Defendants.

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION

Defendants Gary Brian Roberts, Jayson Jeffrey Penn, Mikell Reeve Fries, Scott James Brady, Roger Born Austin, William Vincent Kantola, Jimmie Lee Little, William Wade Lovette, and Rickie Patterson Blake file this Notice of Withdrawal of Motion (Notice), hereby withdrawing Docket entry # 294, Defendants' Motion for Identification of Evidence Which The Government Intends to Use in Its Case-In-Chief at Trial and Brief In Support Thereof (Motion). Defendants show that one of the Defendants was through inadvertence not included in the Motion as originally filed, and that a similar Motion including the Defendant will be filed following the filing of this Notice. In withdrawing the originally filed Motion or in filing this Notice, Defendants show that

-1-

-2-

they do not waive, withdraw, relinquish, or abandon any rights, claims, or relief to which they may be entitled in their subsequently filed Motion.

      Respectfully submitted, this 26th day of July, 2021.

*s/ Craig A. Gillen*  
Craig A. Gillen  
GILLEN WITHERS & LAKE, LLC  
400 Galleria Parkway  
Ste 1920  
Atlanta, Georgia 30339  
Telephone: 404-842-9700  
Email: cgillen@gwllawfirm.com  
*Counsel for Gary Brian Roberts*

*s/ Michael F. Tubach*  
Michael F. Tubach  
O'MELVENY & MYERS LLP  
Two Embarcadero Center  
28th Floor  
San Francisco, California 94111  
Telephone: 415-984-8876  
Email: mtubach@omm.com  
*Counsel for Jayson Jeffrey Penn*

*s/ Richard K. Kornfeld*  
Richard K. Kornfeld  
Recht & Kornfeld, P.C.  
1600 Stout Street  
Suite 1400  
Denver, Colorado 80202  
Telephone: 303-573-1900  
Email: rick@rklawpc.com  
*Counsel for Mikell Reeve Fries*

*s/ Bryan B. Lavine*  
Bryan B. Lavine  
Troutman Pepper Hamilton Sanders LLP  
600 Peachtree Street N.E.  
Suite 3000  
Atlanta, Georgia 30308  
Telephone: 404-885-3170  
Fax: 404-962-6613  
Email: bryan.lavine@troutman.com  
*Counsel for Scott James Brady*

*s/ Michael S. Feldberg*  
Michael S. Feldberg  
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP  
750 Third Avenue  
24th Floor  
New York, New York 10017  
Telephone: 212-381-4970  
Email: mfeldberg@reichmanjorgensen.com  
*Counsel for Roger Born Austin*

*s/ James A. Backstrom*  
James A. Backstrom  
JAMES A. BACKSTROM, COUNSELLOR AT LAW  
1515 Market Street  
Suite 1200  
Philadelphia, Pennsylvania 19102  
Telephone: 215-864-7797  
Email: jabber@backstromlaw.com  
*Counsel for William Vincent Kantola*

<div style="display:flex">
<div>

*/s John Anderson Fagg, Jr.*
John Anderson Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street
Suite 4700
Charlotte, North Carolina 28202
Telephone: 704-331-1117
Email: johnfagg@mvalaw.com
*Counsel for William Wade Lovette*

*s/ Barry J. Pollack*
Barry J. Pollack
ROBBINS RUSSELL ENGLERT ORSECK
& UNTEREINER LLP
2000 K Street N.W.
4th Floor
Washington, DC 20006
Telephone: 202-775-4514
Fax: 202-775-4510
Email: bpollack@robbinsrussell.com
*Counsel for Rickie Patterson Blake*

</div>
<div>

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth Street
Suite 1100
Los Angeles, California 90017
Telephone: 213-620-8003
Fax: 213-620-8012
Email: markbyrne@byrnenixon.com
*Counsel for Jimmie Lee Little*

</div>
</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2021, I electronically filed the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

> *s/ Craig A. Gillen*_____
> Craig A. Gillen
> GILLEN WITHERS & LAKE, LLC
> 400 Galleria Parkway
> Ste 1920
> Atlanta, Georgia 30339
> Telephone: 404-842-9700
> Email: cgillen@gwllawfirm.com
> *Counsel for Gary Brian Roberts*