IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>    Defendants. | No. 20-cr-00152-PAB |

**DEFENDANTS' JOINT UNOPPOSED MOTION
TO FILE RESPONSE IN EXCESS OF PAGE LIMIT**

Defendants, by and through their respective counsel, respectfully move this Court for permission to file a joint response to the Department of Justice's Motion to Exclude Certain Expert Testimony and to Order the Defendants to File a New Expert Disclosure for Non-Excluded Testimony (Doc. 299) in excess of the Court's fifteen-page limit. Defendants seek an additional nine pages for a response on behalf of all ten Defendants and in support of all five defense experts. Opposition papers are due on Monday, August 16.

Good cause exists for permitting an additional nine pages. The DOJ has moved to exclude testimony from every defense expert, in effect advancing five different motions. Each of the five experts is expected to testify about different topics, and the DOJ advanced many separate arguments against each expert. Those arguments differ by expert and opinion, and are fact-

1

specific. For each expert, the DOJ raises arguments about:

- ***Professor Edward Snyder, economic expert***: Relevancy, prejudice, confusion, delay, the disclosure of certain opinions, and the disclosure of the bases and reasons for certain opinions.

- ***Mr. Paul Sinowitz, industry expert***: Qualifications, knowledge, reliability, Rule 704, relevancy, and the disclosure of the bases and reasons for the opinions.

- ***Dr. Siyu Qing, statistics expert***: The disclosure of opinions, the disclosure of the bases and reasons for the opinions, and Rule 704.

- ***Mr. Joseph Pochron, forensic expert***: The disclosure of opinions, the disclosure of the bases and reasons for the opinions, and Rule 704.

- ***Dr. Mark Chambers, clinical and forensic psychology expert***: Rule 702, prejudice, the disclosure of opinions, and the disclosure of the bases and reasons for the opinions.

The consolidated response will succinctly address the DOJ's arguments, but because of the number of experts, the complexity of the issues, and the number of arguments to which Defendants must respond, Defendants seek an additional nine pages.

Counsel for Mr. Penn has conferred with counsel for the DOJ. The DOJ does not oppose this motion.

Dated: August 12, 2021

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

<table>
<tr><td>

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com


*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com


*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com


*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

</td><td>

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com


*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
555 11th Street, N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Elizabeth.Prewitt@lw.com


*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com


*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

</td></tr>
</table>

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  August 12, 2021                    *s/ Michael F. Tubach*

                                                                         Michael F. Tubach