IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

       Defendants.

---

**UNOPPOSED MOTION BY DEFENDANT WILLIAM LOVETTE TO APPEAR AT THE SEPTEMBER 8, 2021 *JAMES* HEARING BY VIDEOCONFERENCE**

---

Defendant William Lovette, by and through his counsel, moves this Court to allow him to appear by videoconference at the Wednesday, September 8, 2021 *James* hearing. In support, Mr. Lovette states as follows:

1.     The James hearing in this matter is scheduled to occur on two days—September 2, 2021 and September 8, 2021. Mr. Lovette was present in person for the first day of the *James* hearing on September 2, 2021.

2. Mr. Lovette lives out of state and his attendance at the September 8, 2021 *James* hearing would require him to make a second cross-country flight to Denver in less than one week's time as he traveled to attend the initial *James* hearing.

3. In light of the unprecedented Covid-19 pandemic, and the increase of the Delta variant, additional travel would put Mr. Lovette at an increased exposure to Covid-19 and its variants.

4. Chief District Court Judge Brimmer issued General Order 2021-7 on June 16, 2021. In that Order, Chief Judge Brimmer authorized, pursuant to § 15002(b)(1) of the CARES Act, judges in this district, with the consent of the defendant after consultation with counsel, to continue to use the video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available, for a variety of hearings and proceedings.

5. Although a *James* hearing is not specifically enumerated in General Order 2021-7, by Minute Entry dated August 27, 2021, and as confirmed at the *James* hearing on September 2, 2021, this Court indicated the Defendants may seek to appear by videoconference or waive their appearance, consistent with the intent of the Order and given the significant travel required by most parties.

6. Prior to making this motion, undersigned counsel informed Mr. Lovette he has the right to be physically present at critical stages in his criminal prosecution, including the second day of the *James* hearing. Having consulted fully with counsel, Mr. Lovette waives any right he may have to be physically present at second day of the *James* hearing respectfully requests that he be permitted to appear via videoconference.

7. Counsel has conferred with counsel for the Government regarding this request, who indicated the Government does not oppose this Motion.

WHEREFORE, Mr. Lovette respectfully requests that the Court allow him to appear by videoconference at the *James* hearing scheduled for September 8, 2021.

This 3rd day of September 2021.                    Respectfully Submitted,

/s/ John A. Fagg, Jr.
John A. Fagg, Jr.
James P. McLoughlin, Jr.
Frank E. Schall
Kaitlin M. Price
**Moore & Van Allen PLLC**
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: 704-331-3622
Email: johnfagg@mvalaw.com
*Attorneys for William Wade Lovette*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September 2021, I electronically filed the foregoing **UNOPPOSED MOTION BY DEFENDANT WILLIAM LOVETTE TO APPEAR AT THE SEPTEMBER 8, 2021 *JAMES* HEARING BY VIDEOCONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John A. Fagg, Jr.