IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANT WILLIAM LOVETTE'S MOTION TO RESTRICT ACCESS TO HIS POST-*JAMES* HEARING RESPONSE

Defendant William Lovette, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, respectfully moves this Court to restrict access to Defendant William Lovette's Post-*James* Hearing Response, accompanying Exhibit, and any order revealing the contents of those documents.

Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of those documents is necessary for the reasons explained in the DOJ's Motion for Leave to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), which it filed on August 16, 2021. The Court granted the DOJ's motion on August 25, 2021.  (Doc. 378.)

Mr. Lovette's Post-*James* Hearing Response discusses and responds to the documents the

Court has now restricted under Level 1. Accordingly, Mr. Lovette incorporates the DOJ's arguments from its August 16, 2021, Motion for Leave to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), and respectfully requests that the Court restrict public access to Defendant William Lovette's Post-*James* Hearing Response, accompanying Exhibit, and any order revealing the contents of those documents..

Dated: September 13, 2021

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com
*Attorney for William Wade Lovette*

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  September 13, 2021

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.