# ATTACHMENT A

Known Sample of Blake's Handwriting        Exhibit 2-335 at 1



| Known Sample of Blake's Handwriting | Exhibit 2-335 at 3 |
|---|---|

**Left document (Known Sample):**

RSCS Feed Flow Thru Calculation
George's Farms, Inc. and George's Foods, LLC
Period 01 2018
December 31, 2017 - January 27, 2018

Purple Label
Reduced IMOR
20 Head

Live Delivered:
- Feed Expense $0.2161
- Chick Cost $0.0778
- Grower Pay $0.0639
- Other Grow Out Expenses $0.0030
- Catching and Hauling $0.0164
- DOA, Field and Plant Condemn $0.0017
- Live Delivered Cost $0.3789

First Processing:
- Offal & Giblet Credit ($0.0198)
- $0.3590
- Total WOG Yield w/ F&T 71.54%
- WOG Meat Cost $0.5019

- Labor $0.0603
- Utilities & Misc Plant Overhead $0.0427
- Depreciation $0.0089
- Plant WOG Cost Exit Chiller $0.6137

KFC Process
- Fat & Tail Yield 98.11%
- Total Yielded Meat Cost $0.6255
- Labor $0.0391
- Utilities & Misc Plant Overhead $0.0190
- Depreciation $0.0015
- Packaging Cost $0.0377
- Marinade Ingredient Cost $0.0094
- Downgrade/Rejects $0.0074
- Total Plant Cost $0.7397

- Corporate Overhead $0.0361
- RSCS Admin Fee $0.0015
- Supplier Margin $0.0967
- Return Per Bird Margin $0.0673
- Total FOB Cost $0.9413
- Discount
- Total FOB Cost $0.9413

Handwritten notes:
- Co     8pc
- Pilgrim  .9748
- Claxton  .9506
- Mar-Jac  .9514
- Tyson  .9606
- George's  .9413
- Koch  .9682
- Case  .

**Right document (Exhibit 2-335 at 3):**

RSCS Feed Flow Thru Calculation
George's Farms, Inc. and George's Foods, LLC
Period 13 2017
December 03, 2017 - December 30, 2017

Purple Label
Reduced IMOR
20 Head

Live Delivered:
- Feed Expense $0.2170
- Chick Cost $0.0778
- Grower Pay $0.0639
- Other Grow Out Expenses $0.0030
- Catching and Hauling $0.0164
- DOA, Field and Plant Condemn $0.0017
- Live Delivered Cost $0.3798

First Processing:
- Offal & Giblet Credit ($0.0198)
- $0.3599
- Total WOG Yield w/ F&T 71.54%
- WOG Meat Cost $0.5031

- Labor $0.0603
- Utilities & Misc Plant Overhead $0.0427
- Depreciation $0.0089
- Plant WOG Cost Exit Chiller $0.6150

KFC Process
- Fat & Tail Yield 98.11%
- Total Yielded Meat Cost $0.6268
- Labor $0.0391
- Utilities & Misc Plant Overhead $0.0190
- Depreciation $0.0015
- Packaging Cost $0.0377
- Marinade Ingredient Cost $0.0094
- Downgrade/Rejects $0.0074
- Total Plant Cost $0.7410

- Corporate Overhead $0.0361
- RSCS Admin Fee $0.0015
- Supplier Margin $0.0967
- Return Per Bird Margin $0.0756
- Total FOB Cost $0.9509
- Discount
- Total FOB Cost $0.9509

Handwritten notes:
- AD     8pc
- Pilgrim  1.0099
- Claxton  .9916
- Mar-Ja  .9730
- Tyson
- Georges  .9509
- Koch
- Case