IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 20-cr-00152-PAB

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS**, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

**EXHIBITS TO DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE FROM THE GOVERNMENT'S CASE-IN-CHIEF EVIDENCE ABOUT OR REFERENCES TO TYSON FOODS' LENIENCY APPLICATION AND CONDITIONAL AGREEMENT WITH THE DOJ (Doc. 533)**

Defendants through undersigned counsel, respectfully submit the attached Exhibits A and B to the Defendant's Joint Motion in Limine to Exclude from the Government's Case-in-Chief Evidence About or References to Tyson Food's Leniency Application and Conditional Agreement with the DOJ.  *See* Doc. 533.

Respectfully submitted this 1st day of October, 2021.

s/ *Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*Attorney for Jimmie Lee Little*

s/ *Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*Attorney for Roger Born Austin*

s/ *Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*Attorney for Mikell Reeve Fries*

s/ *Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Attorney for Gary Brian Roberts*

s/ *Chad D. Williams*
Chad D. Williams
Jacqueline V. Roeder
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
(303) 892-9400
chad.williams@dgslaw.com
jackie.roeder@dgslaw.com

s/ *Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*Attorneys for Jayson Jeffrey Penn*

s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*Attorney for William Wade Lovette*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

| | |
|---|---|
| *s/ Bryan Lavine* | *s/ Marci G. LaBranche* |
| Bryan Lavine | Marci G. LaBranche |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | STIMSON STANCIL LABRANCHE HUBBARD LLC |
| 600 Peachtree St. NE, Suite 3000 | 1652 N. Downing Street |
| Atlanta, GA 30308 | Denver, CO 80218 |
| (404) 885-3170 | (720) 689-8909 |
| Bryan.lavine@troutman.com | labranche@sslhlaw.com |
| *Attorney for Scott James Brady* | *Attorneys for Timothy R. Mulrenin* |

*s/ James A. Backstrom*
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*Attorney for William Vincent Kantola*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

 *s/ Nancy Hickam*
Nancy Hickam

3