# EXHIBIT D

# BYRNE & NIXON | LLP

**Lawyers**                                          888 West Sixth Street, Suite 1100
                                                          Los Angeles, California 90017
                                                                    Tel: 213-620-8003
                                                                    Fax: 213-620-8012
                                                                www.byrnenixon.com


markbyrne@byrnenixon.com

August 12, 2021

**VIA ELECTRONIC MAIL**

Michael T. Koenig
Trial Attorney, U.S. Department of Justice
450 5th Street, N.W.
Washington D.C. 20001
Michael.Koenig@usdoj.gov

      Re:     *USA v. Penn, et al., Case No. 20-cr-00152-PAB*

Dear Michael et al:

On behalf of Mr. Little, we write to ask the government to clarify our questions below and to produce the items identified herein.

1) Please confirm that the three memos of Mr. Little's August 31, 2020 interview are bates stamped endorsed as follows:  Little-IRF-ATR001-00000001 – Little-IRF-ATR001-00000003; Little-IRF-ATR001-00000006 – Little-IRF-ATR001-00000007; Little-IRF-ATR001-00000004 – Little-IRF-ATR001-00000005.  None of these memos has a bates stamp endorsement, correct?

2) Please confirm that the September 22, 2020 interview memo is bates stamp endorsed Little-302-ATR001-00000001 – Little-302-ATR001-00000003.

3) Please confirm that the September 23, 2020 interview memo is bates stamp endorsed Little-302-ATR002-00000001 – Little-302-ATR002-00000002.

4) Please confirm: That there are three notes, two handwritten and one typed.  The typed version is identified and stamped Little-Notes-ATR003-0000001.  One of the handwritten notes is dated September 22, 2020, and is identified as Little-Notes-ATR002-00000001.  The other undated handwritten notes is a four-page document (with pages 2 and 4 blank) identified as Little-Notes-ATR001-00000001 – Little-Notes-ATR001-00000004.  Please confirm which of the undated notes goes to which interview.

5) Are there any other versions of these interviews, and/or any other notes of these interviews? Please confirm one way or another.

6) Are there any other interviews / notes of Mr. Little?  Please confirm one way or another.

BYRNE & NIXON | LLP
Lawyers

Michael T. Koenig
Trial Attorney, U.S. Department of Justice
August 12, 2021
Page 2 of 2

7) As to the typed documents – i.e., the three August 31 memos, the September 22 memo, the September 23 memo, and the typed notes identified as Little-Notes-ATR003-0000001, please produce the native files in the format used (e.g. Microsoft Word) to create each of these.

8) As to any other interview memos / notes that may exist as to Mr. Little, please produce the native files in the format used (e.g. Microsoft Word) to create each of these.

9) As to numbers 7 and 8 above, as to any other versions or drafts of any interviews of Mr. Little, please produce the native files in the format used (e.g. Microsoft Word) to create each of these.

Additionally, for each of the above documents:

1) A load file containing the preserved original metadata for each of the documents, including (without limitation) the modified, accessed and created dates, size, author, last saved by, and revision number.

2) A load file containing substantially equivalent metadata recorded by any document management system in which the native files are stored, and any other metadata stored by that system reflecting changes or versioning of the documents.

Additionally, please send to us all of the attachments described in each of the documents, identified by attachment number as in the memos.

Please call or email with any questions. We appreciate your prompt attention to this letter. Thank you.

Very truly yours,

 // ss //

Mark A. Byrne
BYRNE & NIXON LLP