# EXHIBIT F

# BYRNE & NIXON | LLP

Lawyers

888 West Sixth Street, Suite 1100
Los Angeles, California 90017
Tel: 213-620-8003
Fax: 213-620-8012
www.byrnenixon.com

markbyrne@byrnenixon.com

August 27, 2021

**VIA ELECTRONIC MAIL**

Michael T. Koenig
Trial Attorney, U.S. Department of Justice
450 5th Street, N.W.
Washington D.C. 20001
Michael.Koenig@usdoj.gov

    Re:    *USA v. Penn, et al., Case No. 20-cr-00152-PAB*

Dear Michael et al:

Thank you for your letter of August 20. We look forward to receiving the electronically stored information (ESI) you state you will produce: attachments to the August 21, 2020 interview, native versions of the interview reports and notes, and available metadata.

You stated in your letter that the government has some problems producing some of the ESI we have requested. We'd like to reach a better understanding of those problems.

First, you indicate that you "only have available a Microsoft Word version of the last draft of the August 31, 2020 interview." This is, in our view, a significant issue, due to the substantive changes reflected in the pdf versions of the document that have been produced to date, and how they related directly to the crimes with which Mr. Little has been charged. Perhaps we could discuss informally how this document was created, accessed, and modified, and when, by whom, and on what device or in what system. We need to come to a better understanding of what ESI was created and where, what ESI still exists, what ESI no longer exists, and why.

Second, you indicate that you "are unable to pull any metadata" from the OIG or FBI case management systems, and cannot provide this basic ESI because it is "not technically possible." We don't understand how obtaining metadata from the OIG and FBI is "not technically possible." We would like to discuss informally the nature of these systems, what relevant ESI exists in it, and potential ways that the government may produce such evidence. If the government maintains that metadata cannot be extracted from these systems, we'd ask the government to produce (a) any user manuals or documentation relating to how information is stored and may be extracted from them,

**BYRNE & NIXON | LLP**
Lawyers

Michael T. Koenig
Trial Attorney, U.S. Department of Justice
August 27, 2021
Page 2 of 2

and (b) any writing the government intends to use in support of its contentions. Since the government's objection here seems to be on a technical level, we suggest that the government make available personnel with the necessary technical expertise, so that we can understand the government's difficulties on a technical level.

As I'm sure you can appreciate, given our proximity to trial, these discussions need to be scheduled right away. We hope that we can get the information we need without seeking court intervention. If we are going to need to get the court involved, please let us know ASAP.

Thank you.

Very truly yours,

 // ss //

Mark A. Byrne
BYRNE & NIXON LLP