EXHIBIT I

Case No. 1:20-cr-00152-PAB   Document 597-6   filed 10/07/21   USDC Colorado   pg 2 of 2

| | |
|---|---|
| **From:** | securefilecollaboration@doc.gov |
| **Sent:** | Tuesday, September 8, 2020 11:12 AM |
| **To:** | Taylor, Lanard D. (CID) (FBI) <ldtaylor@fbi.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov> |
| **Subject:** | LITTLE Interview |



St CURE HIE COLLABORATION

## Koppenhaver, Matthew sent you a secure message

Please see the attached revised copy of the LITTLE interview. Please delete earlier copies.

Respectfully
Matt

Access message

[secured by kiteworksl]

® Attachments expire on Oct 08, 2020

 1 PDF
IRF--lnterview of Jimmie Lee Little.pdf

This message requires that you sign in to access the message and any file attachments.