# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO PAGE SEVEN OF ITS OMNIBUS MOTIONS *IN LIMINE*

    The government respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict public access to page seven of its omnibus motions *in limine* (ECF 542). The government requests Level 1 restriction, limiting access to the Court and the parties in this case. The government is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). The government has filed a public version of its omnibus motions *in limine*, with the page seven redacted (ECF 567).

Dated: October 8, 2021

Respectfully submitted,

                                                By: <u>s/ Paul Torzilli</u>
                                                      Paul J. Torzilli
                                                      Michael T. Koenig
                                                      Heather D. Call
                                                      Carolyn M. Sweeney
                                                      Trial Attorneys
                                                      Antitrust Division
                                                      U.S. Department of Justice
                                                      Washington Criminal II Office
                                                      450 Fifth Street, N.W.
                                                      Washington, D.C. 20530
                                                      Tel: (202) 514-8349
                                                      Email: paul.torzilli@usdoj.gov