IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     **JAYSON JEFFREY PENN,**
2.     **MIKELL REEVE FRIES,**
3.     **SCOTT JAMES BRADY,**
4.     **ROGER BORN AUSTIN,**
5.     **TIMOTHY R. MULRENIN,**
6.     **WILLIAM VINCENT KANTOLA,**
7.     **JIMMIE LEE LITTLE,**
8.     **WILLIAM WADE LOVETTE,**
9.     **GARY BRIAN ROBERTS, and**
10.   **RICKIE PATTERSON BLAKE,**

      Defendants.

**Defendants' Motion to Quash the Government's Rule 17(c) Subpoenas
to LinkedIn Corporation**

      Defendants, through undersigned counsel, respectfully move to quash the Rule 17(c) subpoenas directed to LinkedIn Corporation as they were issued in violation of Rule 17(c). Defendants further request that the Court Order the government to identify all other Rule 17(c) subpoenas that have been issued without Court approval so that Defendants can address the government's use of those materials at trial with the Court.  As grounds, Defendants state as follows:

      1.  On October 5, 2021, the government issued Rule 17(c) subpoenas to LinkedIn Corporation seeking the following records related to Defendants' LinkedIn accounts:

      1) Screenshots or other means of conveying the content of LinkedIn profile pages, to specifically include name, photograph, and employment history;

    2)  Basic subscriber information for the account holders, including name, email address(es), account URL, date and time of account creation, billing information, address and phone numbers.

*See* Exhibit A (example of subpoena to LinkedIn related to Mr. Mulrenin). The proposed return dates are October 11, 2021, at 5:00 p.m. Trial does not begin until October 25, 2021.

    2. Even though the subpoenas request the return of records prior to trial, the government did not obtain an Order from the Court to issue the subpoenas. Instead, the government apparently obtained blank subpoenas signed by the Clerk of the Court and issued them without any notice to the Court or the Defendants.

    3. The government's failure to obtain judicial approval violates Rule 17(c). ("The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence.")

    4. While Defendants have only received notice of the issuance of subpoenas duces tecum from LinkedIn, based upon the government's exhibit list, it appears that the government may have issued other subpoenas using this same procedure with other entities in violation of Rule 17(c). *See* Exs. 9227-9253.

    5. Because the government failed to comply with Rule 17(c), the Defendants request that these subpoenas, and other 17(c) subpoenas issued for pre-trial production without Court authorization, be quashed. Defendants further request that the Court Order the government to identify any other Rule 17(c) subpoenas they have issued without Court approval so that Defendants can address the use of those materials at trial with the Court.

    6. Finally, because the pretrial motions deadline has passed, Defendants respectfully request that the government be limited to issuing trial subpoenas for records, as any Rule 17(c) motion would be considered untimely. *See* Doc. 264.

Dated: October 11, 2021.     Respectfully submitted,

s/ *Barry J. Pollack*
Barry J. Pollack
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

s/ *Wendy L. Johnson*
Wendy L. Johnson
RMP LLP
5519 Hackett St., Suite 300
Springdale, AR 72762
(479) 439-2705
wjohnson@rmp.law

*Attorneys for Ric Blake*

s/ *Chad D. Williams*
Chad D. Williams
Jacqueline V. Roeder
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
(303) 892-9400
chad.williams@dgslaw.com
jackie.roeder@dgslaw.com

s/ *Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*Attorneys for Jayson Jeffrey Penn*

s/ *Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*Attorney for Mikell Reeve Fries*

s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*Attorney for William Wade Lovette*

s/ *Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Attorney for Gary Brian Roberts*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

3

<div style="display: flex;">

<div>

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*Attorney for Scott James Brady*

*s/ James A. Backstrom*
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*Attorney for William Vincent Kantola*

</div>

<div>

*s/ Marci G. LaBranche*
Marci G. LaBranche
STIMSON STANCIL LABRANCHE
HUBBARD LLC
1652 N. Downing Street
Denver, CO 80218
(720) 689-8909
labranche@sslhlaw.com

*Attorneys for Timothy R. Mulrenin*

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*Attorney for Roger Born Austin*


*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*Attorney for Jimmie Lee Little*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam

4