# Exhibit A9

# Telephone Calls Between Jimmie Little and Bill Kantola During Review Period



Total: 884

| Year | Calls |
|---|---|
| 2012 | 248 |
| 2013 | 147 |
| 2014 | 209 |
| 2015 | 177 |
| 2016 | 75 |
| 2017 | 12 |
| 2018 | 7 |
| 2019 | 5 |
| 2020 | 4 |

ID: GDX-007     SOURCE: 68000, 8063, 8041     9

# Telephone Calls Between Jimmie Little and Carl Pepper During Review Period



Total: 353

2012: 54
2013: 56
2014: 91
2015: 119
2016: 31
2017: 2

ID: GDX-008         SOURCE: 8000, 8063, 8041, 8042         10

# Telephone Calls Between Jimmie Little and Ric Blake During Review Period



**Total: 70**

- 2012: 31
- 2013: 8
- 2014: 13
- 2015: 15
- 2016: 3

ID: GDX-009        SOURCE: 5021, 8000, 8063, 8041        11