# Exhibit A6



ID: GDX-013.4          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251



ID: GDX-013.4          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251



ID: GDX-013.5          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251



**Brian Roberts**

**Tim Mulrenin**

**Ric Blake**

**Bill Kantola**

**Scott Brady**

**Carl Pepper**

**Roger Austin**

**Jason McGuire**

**Jayson Penn**

**Jimmie Little**

From: Jayson Penn [/O=PILGRIM'S PRIDE CORPORATION/]
Sent: 8/19/2014 1:26:59 AM
To: Jason McGuire [jason.mcguire@pilgrims.com]
Subject: RE: KFC

I am good. Will review with Bill in am. Will advise.

ID: GDX-013.5          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251

# October 4-10, 2012



From: Bill Kantola(bilkan@kochfoods.com)
To: MacKenzie, Bruce; Wright, Bo; Buckert, Lance
CC:
BCC:
Subject: RE: YUM bid
Sent: 10/10/2012 07:15:38 AM -0500 (CDT)
Attachments:

Lance........we are changing the dark meat to -.3000 from .3050 to see if we can pull that off. I'm nc confident it will stick, but it's worth a try. We'll change your sheet accordingly since you're traveling.

Subject: YUM bid
Importance: High
The fresh part of this has to be completed. You will need to fill out capacity for each segment listed in the FOB summary, indicate which lanes we are bidding on, and most importantly put in the pricing for each of the fresh products we have listed on the FOB summary.
Using the cost model we are submitting and the fixed fresh pricing on the FOB summary:
livers—$0.40 200,000 lbs
gizzards—$0.52 200,000 lbs
bulk wings-$1.871 120,000 lbs
drum & thigh-$0.666 25,000,000 lbs
8pc COB grilled-$0.9737 6,000,000 lbs
8pc COB Fried-$0.971 52,000,000 lbs
Bo --can you incorporate these numbers in the above spread sheet and send to me early tomorrow morning. We will be good once this is complete
Bill/Lance—please confirm my numbers

**Brian Roberts**

**Ric Blake**

**Roger Austin**

**Jimmie Little**

**Bill Kantola**

**Scott Brady**

SOURCES: EX. 1406, 9258, 1429, 1409, 8041, 1408, 1430, 1533, 1432, 9202, 8087, 1505, 1540, 1434, 9202, 8055, 1431, 1191, 1008, 813, 1055, 9143, 9242, 9237, 9235, 9244, 9251, 9236

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    KOCH_0002060716

Goverment Exhibit
20-cr-152-PAB
**1409**

# October 4-10, 2012



| KFC First Round Bids | | |
|---|---|---|
| **Company (Defendant(s))** | **8 Piece (Purple)** | **Dark Meat** |
| Koch Foods | $0.9710 | $0.6710 (-.30) |
| George's | $0.9694 | $0.6894 (-.28) |
| Tyson | $1.0534 | $0.7634 (-.29) |
| Claxton Chicken | $0.9620 | $0.662 (-.30) |
| Pilgrim's | $0.9885 | $0.6885 (-.30) |

SOURCES: EX. 1406, 9258, 1429, 8041, 1408, 1430, 1533, 1432, 9202, 8087, 1505, 1540, 1434, 9202, 8055, 1431, 1191, 1008, 813, 1055, 9143, 1411, 1105, 1513, 1553, 1500, 1525, 813, 1008, 1191, 9143, 1055, 9242, 9237, 9235, 9244, 9251, 9236



# November 28, 2012

**From:** Roger Austin
**Sent:** Wednesday, November 28, 2012 8:51 AM
**To:** Justin Gay; Scott Tucker
**Subject:**

I will also be having some other discussions today to get the pulse.



SOURCES: EX. 1544, 1564, 1408, 1428, 4002, 8087, 1500, 8088, 1442, 9202, 8041, 1008, 1055, 813, 9143, 9236, 9235, 9237, 9242

# November 29, 2012

I have some better information.





on behalf of    Scott Tucker [Scott.Tucker@pilgrims.com]
**Sent:**    11/29/2012 7:31:16 PM
**To:**    Roger.Austin@pilgrims.com
**Subject:**    Price Reduction Spreadsheet



## 8 Piece Quotes

| Good Guys | $0.9770 |
|-----------|---------|
| George's | $0.9632 |
| Claxton | $0.9620 |
| Koch | $0.9561 |



SOURCES: EX. 1544, 4002, 8087, 1428, 1546, 8089, 1538,
1539, 1008, 1055, 813, 9143, 9236, 9235, 9237, 9242

# August 26, 2014



SOURCES: EX. 1226, 1237,
1160, 8087, 1051, 8024, 9091,
8041, 8088, 6082, 1055, 9143,
9235, 9248, 9245, 9237, 9240

# August 27, 2014



SOURCES: EX. 1160, 8091, 1240, 8093, 1132, 1239, 1020, 8041, 6082, 1238, 9143, 606, 813, 9240, 9242, 9237

# Telephone Calls Between Jimmie Little
# and Specified Individuals During Review Period



ID: GDX-010          SOURCE: 5021, 8000, 8063, 8041, 8042, 8055          12