# Exhibit A

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Gregory S. Finch, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Norman W. Fries, Inc. d/b/a Claxton Poultry Farms (hereinafter "the provider"), and my title is Chief Financial Officer. I am qualified to authenticate the records listed in this certificate because I am familiar with how the records were saved, stored, maintained, and retrieved. I state that the records identified in this certificate are true duplicates of the original records in the custody of the provider.

I further state that those emails and other electronic records authored or prepared by an employee of the provider listed in this certificate were generated by an electronic process, application, or system of the provider that produces an accurate result from records made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, and that those emails and other electronic records were kept in the ordinary course of the regularly conducted business activity of the provider. Those emails and other electronic records not authored or prepared by an employee of the provider listed in this certificate were: i) received by an employee of the provider by an electronic process, application, or system of the provider that produces an accurate result from records saved at or near the time of receipt, ii) stored and maintained by the provider in the ordinary course of the regularly conducted business using a system or server over which the provider asserted control, and iii) retrieved and produced by the provider.

The records identified in this certificate are labeled as Bates numbers:

CLA_0000001 – CLA_0074691; CLA_0074703 – CLA_0085058; CLA_0085060 – CLA_0103901; CLA_0103903 – CLA_0128849; CLA_0128851 – CLA_0149622; CLA_0149624 – CLA_0149778; CLA_0149780 – CLA_0151727; CLA_0151730 – CLA_0188662; CLA_0188665 – CLA_0190599; CLA_0190601 – CLA_0190923; CLA_0190926 – CLA_0191204; CLA_0191206 – CLA_0221163; CLA_0221253 – CLA_0297048.

I further state that this certification is intended to satisfy the authenticity requirements of Rules 901, 902(11) and 902(13) of the Federal Rules of Evidence, but I do not certify to the accuracy of the contents of these documents or that they meet the requirements of "Records of a Regularly Conducted Activity" under Federal Rule of Evidence 803(6).

Date  
1/21/2021

Signature  
[signed]

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS
## PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Gregory S. Finch, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Norman W. Fries, Inc. d/b/a Claxton Poultry Farms (hereinafter "the provider"), and my title is Chief Financial Officer. I am qualified to authenticate the records listed in this certificate because I am familiar with how the records were saved, stored, maintained, and retrieved. I state that the records identified in this certificate are true duplicates of the original records in the custody of the provider.

I further state that those emails and other electronic records authored or prepared by an employee of the provider listed in this certificate were generated by an electronic process, application, or system of the provider that produces an accurate result from records made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, and that those emails and other electronic records were kept in the ordinary course of the regularly conducted business activity of the provider. Those emails and other electronic records not authored or prepared by an employee of the provider listed in this certificate were: i) received by an employee of the provider by an electronic process, application, or system of the provider that produces an accurate result from records saved at or near the time of receipt, ii) stored and maintained by the provider in the ordinary course of the regularly conducted business using a system or server over which the provider asserted control, and iii) retrieved and produced by the provider.

The records identified in this certificate are labeled as Bates numbers and were produced to certain parties in a civil case styled, *In re Broiler Chicken Antitrust Litigation*, Case No. 16-cv-08637 (N.D. Ill.):

CLAXTON_0000001 – CLAXTON_0181696; CLAXTON_0181725 – CLAXTON_0217897.

I further state that this certification is intended to satisfy the authenticity requirements of Rules 901, 902(11) and 902(13) of the Federal Rules of Evidence, but I do not certify to the accuracy of the contents of these documents or that they meet the requirements of "Records of a Regularly Conducted Activity" under Federal Rule of Evidence 803(6).

10/1/2021
Date

Signature