# IN THE UNITED STATEDISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. Jayson Jeffrey Penn,
2. Mikell Reeve Fries,
3. Scott James Brady,
4. Roger Born Austin,
5. Timothy R. Mulrenin,
6. William Vincent Kantola,
7. Jimmie Lee Little,
8. William Wade Lovette,
9. Gary Brian Roberts,
10. Rickie Patterson Blake

Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

   NORMAN W. FRIES, INC. D/B/A CLAXTON POULTRY FARMS

DATED at Atlanta, Georgia this 22nd day of October, 2021

                                        /s/ Charles C. Murphy, Jr.
                                            Signature of Attorney

                                        Charles C. Murphy, Jr.
                                            Name of Attorney

                                        Vaughan & Murphy
                                                  Firm Name

<u>   690 S. Ponce Ct., NE   </u>
Office Address

<u>   Atlanta, GA 30307   </u>
City, State, ZIP Code

<u>   (404) 667-0714   </u>
Telephone Number

<u>   cmurphy@vaughanandmurphy.com   </u>
Primary CM/ECF E-mail Address