# ATTACHMENT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE: | Case No. 16-cv-8637 |
| BROILER CHICKEN ANTITRUST LITIGATION | Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| *This Document Relates to All Actions* | |

### ORDER GRANTING THE UNITED STATES' EMERGENCY EX PARTE MOTION FOR A LIMITED LIFT OF ORDER SEALING ECF NO. 3617

The United States' motion for a limited lift of the Court's Order at docket number 3615 sealing documents filed at docket number 3617 is **GRANTED**. The seal imposed by the Court's Order ECF No. 3615 granting "Defendants' Motion for Leave to File Under Seal Exs. A and B to Defendants' Response to All Plaintiffs' Motion to Amend," ECF No. 3613, is hereby lifted to the extent that

1. the United States may use and make public the redacted version of docket number 3617 contained in Attachment 1 to the United States' motion;

2. including for the purpose of authenticating exhibits and examining witnesses at trial in *United States v. Penn*, Criminal Action No.: 20-cr-00152-PAB (D. Colo.); and

3. the Court's Order ECF No. 3615 otherwise remains in effect.

SO ORDERED.
Date: October 25, 2021

Magistrate Judge Jeffrey T. Gilbert
United States District Court

**Government Exhibit**

**20-cr-152-PAB**

**9567**

# EXHIBIT B
# (5/15/20 Motion for Leave to File Under Seal)

*Promenade, Suite 3100*
*1230 Peachtree Street, N.E.*
*Atlanta, Georgia 30309-3592*
*Tel: 404 815-3500*
*www.sgrlaw.com*

SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys At Law*

*David C. Newman*
*Direct Tel:  404.815.3516*
*Direct Fax:  404.685.6816*
*dnewman@sgrlaw.com*

January 28, 2020

*VIA E-MAIL*

Mindee J. Reuben
Lite DePalma Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102

In Re:  *Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)

Dear Mindee:

On behalf of the Mar-Jac Defendants, I write in response to your September 19, 2019 letter
regarding the authenticity of those certain documents identified in Attachment A to your letter.
Enclosed is a chart of Mar-Jac's responses and objections as to those documents.

It is premature for Mar-Jac to respond with respect to admissibility more generally at this time
because, among other reasons, Plaintiffs have not identified the specific purpose for which they
plan to use each of the documents identified in your Attachment A.

Sincerely,

*/s/ David C. Newman*

David C. Newman

cc:     Class Plaintiffs' Liaison Counsel
        Direct Action Plaintiffs' Liaison Counsel
        Ed Konieczny

 *Atlanta | Austin | Jacksonville | London | Los Angeles | Miami | Munich | New York | Southampton | Washington D.C.*

| Description | Exhibit Numbers | Authenticity |
|---|---|---|
| | | |
| Handwritten notes | Plaintiff's Exhibit 2272 | No objection. |
| | | |



7