IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

No. 20-cr-00152-PAB

---

**DEFENDANT ROGER BORN AUSTIN'S MOTION TO RESTRICT ACCESS TO HIS MOTION TO ADMIT EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 106**

---

Defendant Roger Born Austin, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically moves this Court to restrict access to his Motion to Admit Evidence Pursuant to Federal Rule of Evidence 106 and its attached exhibits pursuant to District of Colorado Local Criminal Rule 47.1(c) regarding Level 1 Restrictions. The Motion attaches and references email communications made by Defendant and another individual who has been identified during the course of this trial. The Motion and attached exhibits address potential evidence, the

admissibility of which has not yet been ruled upon by the Court. The information contained in the email communications cannot be redacted without removing information that the Court will need to consider, such as email header information and to whom the emails were sent. As such, a Level 1 restriction is appropriate.

Dated:  November 8, 2021                    Respectfully submitted,

                                            *s/ Michael S. Feldberg*
                                            Michael S. Feldberg
                                            REICHMAN JORGENSEN LEHMAN &
                                            FELDBERG LLP
                                            Attorney for Roger Born Austin
                                            750 Third Avenue, Suite 2400
                                            New York, NY 10017
                                            (212) 381-1965
                                            mfeldberg@reichmanjorgensen.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  November 8, 2021

*s/ Michael S. Feldberg*

Michael S. Feldberg