# Exhibit A



**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*Michael T. Koenig*
*Trial Attorney*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 616-2165 (Office)*
*(202) 476-0435 (Cell)*
*Michael.Koenig@usdoj.gov*

October 21, 2021

VIA EMAIL AND FEDERAL EXPRESS

| | |
|---|---|
| Rick Kornfeld<br>Recht Kornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202 | Bryan Lavine<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308 |
| Michael Feldberg<br>Reichman Jorgensen Lehman &<br>Feldberg LLP<br>Attn: Laura Carwile and Michael Feldberg<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065 | Michael Tubach<br>O'Melveny & Myers LLP<br>Attn: Jonathan Tam<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035 |
| Elizabeth Prewitt<br>Latham & Watkins LLP<br>Attn: Kent Russell<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538 | John A. Fagg, Jr.<br>Moore & Van Allen PLLC<br>100 North Tryon Street,<br>Suite 4700<br>Charlotte, NC 28202-4003 |
| James A. Backstrom<br>James A. Backstrom, Counsellor at Law<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102-1932 | Craig Gillen<br>Gillen, Withers and Lake<br>400 Galleria Parkway, Suite 1920<br>Atlanta, Georgia 30339 |
| Mark A. Byrne<br>Byrne & Nixon LLP<br>888 West Sixth Street<br>Suite 1100<br>Los Angeles, California 90017 | Barry J. Pollack<br>Robbins, Russell, Englert, Orseck,<br>Untereiner & Sauber, LLP<br>2000 K Street, N.W., 4th Floor<br>Washington, DC  20006 |

Re:  *United States v. Penn, et al.*, Criminal Action No. 20-cr-00152-PAB

Dear Counsel:

We are providing you with a disc labeled **BR_CHICK_089** with the password ▇▇▇▇▇▇▇▇ containing the materials described in Appendix A. This production consists of materials related to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ that were obtained by search warrant. As authorized by the warrants, full device and data images were obtained for later review by investigators. Within this production is a subset of such images consisting of materials that are responsive to the warrant and that are marital communications. The search warrants themselves have been previously produced to defendants. Should any defendant request a copy of the full extraction of the materials, we will provide a copy after giving ▇▇▇▇▇▇ notice of your request and an opportunity to inform you of any objections.

This material is being produced pursuant to Rules 16(a) and 26.2 of the Federal Rules of Criminal Procedure; the Jencks Act, 18 U.S.C. § 3500; *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny; and *Giglio v. United States*, 405 U.S. 150 (1972) and its progeny, as well as additional material.

As you will note, many of the materials are not required to be produced under the Government's discovery obligations, but are nonetheless being made available to you. This discovery is being produced pursuant to the amended protective order entered by the Court on November 10, 2020 and should be treated in a manner consistent with that order.

By producing this material, however, we are not agreeing that it is discoverable or necessary to produce under our discovery obligations. The United States is aware of, and will abide by, its continuing discovery obligations.

After your review of the listed discovery items, please notify us if you have any questions or concerns, or if any materials are missing; otherwise, we will assume that all discovery material listed in this letter was received by you.

Sincerely,

*[signature]*

Michael T. Koenig

**Appendix A**

| Prod Out # | Producing Party | Description | Beg Bates # | End Bates # | # of Records |
|---|---|---|---|---|---|
| BR_CHICK_089 | ███ | ███ | ███ | ███ | 1 |
| BR_CHICK_089 | ███ | ███ | ███ | ███ | 1 |
| BR_CHICK_089 | ███ | ███ | ███ | ███ | 2 |
| BR_CHICK_089 | Department of Justice | Text messages between Matthew Koppenhaver and LaNard Taylor | DOJ-ATR035-00000001 | DOJ-ATR035-00000025 | 26 |
| BR_CHICK_089 | ███ | ███ | ███ | ███ | 2 |
| BR_CHICK_089 | ███ | ███ | ███ | ███ | 22 |
| BR_CHICK_089 | ███ | ███ | ███ | ███ | 10 |
| BR_CHICk_089 | ███ | ███ | ███ | ███ | 1 |



**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*Michael T. Koenig*
*Trial Attorney*
*450 5th Street, N.W.*
*Washington, DC 20001*
*(202) 616-2165 (Office)*
*(202) 476-0435 (Cell)*
*Michael.Koenig@usdoj.gov*

October 6, 2021

VIA EMAIL AND FEDERAL EXPRESS

Rick Kornfeld
Recht Kornfeld PC
1600 Stout Street, Suite 1400
Denver, CO 80202

Bryan Lavine
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

Michael Feldberg
Reichman Jorgensen Lehman &
Feldberg LLP
Attn: Laura Carwile and Michael Feldberg
100 Marine Parkway, Suite 300
Redwood Shores, California 94065

Michael Tubach
O'Melveny & Myers LLP
Attn: Jonathan Tam
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035

Elizabeth Prewitt
Latham & Watkins LLP
Attn: Kent Russell
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street,
Suite 4700
Charlotte, NC 28202-4003

James A. Backstrom
James A. Backstrom, Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932

Craig Gillen
Gillen, Withers and Lake
400 Galleria Parkway, Suite 1920
Atlanta, Georgia 30339

Mark A. Byrne
Byrne & Nixon LLP
888 West Sixth Street
Suite 1100
Los Angeles, California 90017

Barry J. Pollack
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber, LLP
2000 K Street, N.W., 4th Floor
Washington, DC  20006

Re:    *United States v. Penn, et al.*, Criminal Action No. 20-cr-00152-PAB

Dear Counsel:

We are providing you with a disc labeled **BR_CHICK_085** with the password ▮▮▮▮▮▮▮▮ containing the materials described in Appendix A. This material is being produced pursuant to Rules 16(a) and 26.2 of the Federal Rules of Criminal Procedure; the Jencks Act, 18 U.S.C. § 3500; *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny; and *Giglio v. United States*, 405 U.S. 150 (1972) and its progeny, as well as additional material.

As you will note, many of the materials are not required to be produced under the Government's discovery obligations, but are nonetheless being made available to you. This discovery is being produced pursuant to the amended protective order entered by the Court on November 10, 2020 and should be treated in a manner consistent with that order.

By producing this material, however, we are not agreeing that it is discoverable or necessary to produce under our discovery obligations. The United States is aware of, and will abide by, its continuing discovery obligations.

After your review of the listed discovery items, please notify us if you have any questions or concerns, or if any materials are missing; otherwise, we will assume that all discovery material listed in this letter was received by you.

Sincerely,

Michael T. Koenig

## Appendix A

| Prod Out # | Producing Party | Description | Custodian(s) | Beg Bates # | End Bates # | # of Records |
|---|---|---|---|---|---|---|
| BR_CHICK_085 | ■■■ | ■■■ | | ■■■ | ■■■ | 1 |
| BR_CHICK_085 | ■■■ | ■■■ | | ■■■ | ■■■ | 2 |
| BR_CHICK_085 | ■■■ | ■■■ | | ■■■ | ■■■ | 1 |
| BR_CHICK_085 | ■■■ | ■■■ | | ■■■ | ■■■ | 1 |
| BR_CHICK_085 | ■■■ | ■■■ | | ■■■ | ■■■ | 2 |
| BR_CHICK_085 | Federal Bureau of Investigation | Text messages | | FBI-ATR024-00000001 | FBI-ATR024-00000016 | 2 |
| BR_CHICK_085 | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | 1 |

CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER [193]