# Exhibit C

DOJ-ATR035-00000012 through -00000014

 

← LaNard TAYLOR

**Perfect**

Have a good weekend.

Thanks, you too! Dont touch that doc this weekend. Do it next week

I promise I won't.

Lol

Hahaha

Monday, May 4 • 10:02 AM

Woooooooooooooooow

How in the world do you send draft indictment to your bosses and we've never seen it

**LaNard TAYLOR**

> That's how that's done. Makes you feel really needed and a part of this team doesn't it?

> Lol

> Were you on that call?

Not gonna lie, I was a little livid when I heard that

Yep

Then sent it to us as an after thought

> Me too. Not surprised though.

I'm not surprised but its still pissing me off

 LaNard TAYLOR

Yup

 Cant wait til this case is over

Me too

Tuesday, May 5 • 11:34 AM

Isn't there a meeting now? Or am I wrong?

 Not that I'm aware of. I dont have one on my calendar

Dammit

Wednesday, May 6 • 4:33 PM

Did you guys have a meeting ?

DOJ-ATR035-00000001 and -00000002



**LaNard TAYLOR**

Monday, Jan 6 • 10:36 AM

Conversation with LaNard

Proffer or interview?

 Sounds like a proffer Thursday. This is insane

Yeah wtf?

 Its getting me a little upset

I feel like we are so cut out.

 Big time

I just heard another interview on the agenda we don't know about.

Text message

**← LaNard TAYLOR**

**L:** Like what interview is that

**Me:** No clue?

**L:** Bro this is frustrating

**Me:** I'd say.

**Me:** 5 batches a week!

**L:** For paralegals

**L:** I think lol

**Me:** For an investigation we are not a part of.

**Me:** I hope so

DOJ-ATR035-00000010

  74% 10:42 AM

← LaNard TAYLOR 

Wednesday, Apr 29 • 1:10 PM

I wonder what this is about?

We are no longer allowed to do interviews...lol

 Yeah are we about to be reprimanded

I'm just going to forward all questions to Derek Repp.



And clearly he's not on that email lol. This whole case is bizarre

No I think he has been purposefully left off a few times.

    Text message