← **LaNard TAYLOR**

Monday, Jun 29 • 9:39 PM

Did you get the kite works?

Yes sir!

Ok cool. You already in for the night?

I think so emailing back and forth with the bosses.

Okay cool. I'll call you in a few

Ok cool

Tuesday, Jun 30 • 6:23 AM

The car is there.

Text message

← LaNard TAYLOR 📞 ⋮

Thursday, Jul 9 • 3:24 PM

I owe you one for this. Note taking must be a blast.

Maaaaaaaaan

I'm holding on webex.

Be careful because anything they're saying is privileged

No one is talking. Mike is on too.

I'm afraid if I leave they will shut it down. We were supposed to be done at 4

Yeah we're on the way back

Wednesday, Jul 15 • 3:04 PM

⊕ 🖼 Text message 🙂

← LaNard TAYLOR

Thanks

Tuesday, Aug 25 • 7:10 PM

Fwd:XXX-XXX-6081 Ping Location Report 2020-08-25 23:00:24 GMT Uncertainty = 880 m http://maps.google.com/?q=loc:32.65775,-97.36843

Tap to load preview

Looks like he's home.

Well that's good

Yep

I was hoping he was somewhere else lol

Text message

DOJ-ATR027-00000003

← **LaNard TAYLOR** 📞 ⋮

> You mean wasnt inside?

Who wasn't outside?

> You said you get the sense anyone was inside. You mean they weren't home not were home right?

> I hate text sometimes

Ohhhhh my bad. Typo. Definitely DIDN'T get the sense

> Ok that's what I thought.

Lol whoops

> Haha

⊕ 🖼  Text message   🙂

DOJ-ATR027-00000004

# LaNard TAYLOR



Terrible picture, but you get the drift

> Yeah that definitely says we aren't home to me.
>
> It's hard to tell from the picture but was that outside porch light on?

Yep

> Because it was not earlier today.
>
> I guess it could be on a timer or turned on remotely though too

I definitely get the sense anyone was inside

 Text message

2:52-RAB Document 839-1 filed 11/16/21 USDC

← LaNard TAYLOR 📞 ⋮



Tuesday, Aug 18 • 11:56 AM

I'm here. What room are you in?

657

Tuesday, Aug 18 • 11:18 PM



  Text message

DOJ-ATR027-00000006

← LaNard TAYLOR





Text message

DOJ-ATR027-00000007

No kidding.

I sent you my itinerary

Copy

Monday, Aug 17 • 11:55 PM

Still up?

Tuesday, Aug 18 • 10:26 AM



  Text message 

← **LaNard TAYLOR** 📞 ⋮

Thursday, Jul 9 • 3:24 PM

I owe you one for this. Note taking must be a blast.

Maaaaaaaaan

I'm holding on webex.

Be careful because anything they're saying is privileged

No one is talking. Mike is on too.

I'm afraid if I leave they will shut it down. We were supposed to be done at 4

Yeah we're on the way back

Text message

DOJ-ATR027-00000009