# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 22, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Laura Butte |
| | Jillian Rogowski |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Frank Schall |
| | Dru Nielsen |
| | James McLoughlin |
| | Catherine Prater |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

---

# COURTROOM MINUTES

---

**JURY TRIAL – DAY 19**

**8:32 a.m.       Court in session.**

Defendants' presence is not required for this portion of the trial.

Discussion and argument regarding summary exhibits to be offered for admission. Objections ruled on by the Court, as stated on record.

**10:16 a.m.     Court in recess.**
**10:36 a.m.     Court in session.**

Continued discussion and argument regarding summary exhibits to be offered for admission. Objections ruled on by the Court, as stated on record.

Court states its ruling on the summary exhibits.

Discussion regarding delaying the admission of the summary exhibits, Exhibits 6086 and 6087 are refused, stipulations, and sequestration order.

**12:31 p.m.     Court in recess.**
**2:01 p.m.      Court in session.**

Defendants present on bond.

Jury present.

Continued cross examination of Ms. Hoyt by Mr. Fagg.

2:34 p.m.     Cross examination of Ms. Hoyt by Ms. Henry.

2:35 p.m.     Cross examination of Ms. Hoyt by Ms. Johnson.

**Exhibits 803, 2005, and 2001 are admitted.**

Jury excused.

**2:52 p.m.**     **Court in recess.**
**3:02 p.m.**     **Court in session.**

Jury present.

**Exhibits 2002, 2000, 948, E-873, E-874, 1056, 901, 3074, 9703, 9704, 617, 933, 5016, 6282, 6047, 3025, 219, 9026 and 9718 are admitted.**

4:02 p.m. – 4:14 p.m.    Bench conference.

**Exhibits 1409, 1526, 1527, 1528, 1521, 1521-1, 1519, 1544, 1538, 1539, D-839, I-141, 1546, 1522, 1523, 1722, 9010, and 9010-1 are admitted.**

4:52 p.m. – 4:56 p.m.    Bench conference.

**Exhibits 9264, 9759, 7040, and 1520 are admitted.**

Jury excused until November 23, 2021 at 8:30 a.m.

**ORDERED:**   **Bond is continued as to all defendants.**

**5:05 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    6:33