IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

      Defendants.

## UNITED STATES' MOTION TO FILE RESPONSE IN EXCESS OF PAGE LIMIT TO THE DEFENDANTS' MOTIONS FOR JUDGMENT OF ACQUITTAL

The government respectfully moves to file a consolidated opposition to the defendants' ten motions for acquittal, in excess of the page limit set forth by Section III.A of this Court's Practice Standards for Criminal Cases. The government requests an additional 30 pages for its response, for a total of 45 pages. To allow adequate time for a response, the government respectfully requests a due date of December 6, 2021.

\*     \*     \*

There is good cause for the government to file up to 45 pages in its consolidated opposition to the defendants' motions for judgment of acquittal. The government is

1

required to respond to ten motions, and the motions defendants have filed so far range from 6 to 15 pages.  *See e.g.*, ECF 882 (6 pages for defendant Little's motion), ECF 878 (15 pages for defendant Brady's motion).  The nine motions currently docketed (ECF 874-882) comprise 118 cumulative pages and, based on the oral motions the defendants made on November 24, 2021 (ECF 869), the government expects one more motion to be filed this evening.

An additional 45 pages, due on December 6, 2021, will permit the government better to describe the sufficiency of the evidence with respect to each defendant.  A consolidated response would also be more efficient than drafting ten separate motions, as the defendants have been charged with a single price-fixing and bid-rigging conspiracy and make similar arguments disputing its existence.

Dated: November 29, 2021					Respectfully submitted,

*s/ Yixi (Cecilia) Cheng*  
YIXI (CECILIA) CHENG  
MICHAEL KOENIG  
HEATHER CALL  
PAUL TORZILLI  
CAROLYN SWEENEY  
Antitrust Division  
U.S. Department of Justice  
Washington D.C. 20530  
Tel: (202) 705-8342  
yixi.cheng@usdoj.gov  
*Attorneys for the United States*
