IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## GOVERNMENT'S NOTICE OF EXHIBITS WITHOUT A TESTIFYING WITNESS

The government hereby gives notice to the Court and parties of exhibits it anticipates seeking admission without a witness testifying about the document at the time of admission, pursuant to the Court's December 22, 2021 Order (ECF No. 925). The exhibits are listed in numerical order in the Attachment to this filing.

The government reserves the right to seek admission of or testimony regarding the exhibits during the testimony of percipient witnesses during its case-in-chief.

2

Dated: January 14, 2022	Respectfully submitted,

   *s/ Heather D. Call*
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 598-2623
Heather.call@usdoj.gov
Attorneys for the United States