IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

No. 20-cr-00152-PAB

## DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR JOINT MOTION TO RECONSIDER MOTION IN LIMINE TO ALLOW CROSS-EXAMINATION OF GOVERNMENT WITNESS ROBERT BRYANT ABOUT THE CRIMINAL NATURE OF HIS PRIOR FALSEHOODS

Defendants, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the

Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court

to restrict access to Defendants' Joint Motion To Reconsider their Motion in Limine To Allow

Cross-Examination of Government Witness Robert Bryant About the Criminal Nature of His

Prior Falsehoods, as well as the related motion for leave to file that Motion. Docs. 953 & 953-1.

Pursuant to District of Colorado Local Criminal Rule 47.1(c), and consistent with all other filings

on this particular topic, a Level 1 restriction is necessary for the reasons explained in the

government's Motion to Restrict access to the portions of its omnibus motion in limine related to

Mr. Bryant. Doc. 544, Doc. 545 at 1-4. The Court granted that request, Doc. 784, and it should

do the same while it considers Defendants' Motion. Accordingly, Defendants respectfully

request Level 1 restriction.


Dated:  February 3, 2022                     Respectfully submitted,

*s/ John A. Fagg, Jr.*                            *s/ Michael F. Tubach*
John A. Fagg, Jr.                                Michael F. Tubach
MOORE & VAN ALLEN PLLC               O'MELVENY & MYERS LLP
Attorney for William Wade Lovette          Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700          Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                          San Francisco, California 94111-3823
(704) 331-3622                               (415) 984-8700
johnfagg@mvalaw.com                       mtubach@omm.com


*s/ Richard K. Kornfeld*                          *s/ Michael S. Feldberg*
Richard K. Kornfeld                             Michael S. Feldberg
RECHT KORNFELD, P.C.                      REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                 FELDBERG LLP
1600 Stout Street, Suite 1400                   Attorney for Roger Born Austin
Denver, CO 80202                             750 Third Avenue, Suite 2400
(303) 573-1900                                New York, NY 10017
rick@rklawpc.com                             (212) 381-1965
                                             mfeldberg@reichmanjorgensen.com


*s/ Bryan Lavine*                                *s/ Elizabeth Prewitt*
Bryan Lavine                                    Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON            LATHAM & WATKINS LLP
SANDERS LLP                                  Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                 1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000               New York, NY 10020
Atlanta, GA 30308                             (212) 906-1200
(404) 885-3170                                elizabeth.prewitt@lw.com
Bryan.lavine@troutman.com


*s/ James A. Backstrom*                          *s/ Mark A. Byrne*
James A. Backstrom, Counsellor at Law         Mark A. Byrne
Attorney for William Vincent Kantola           BYRNE & NIXON LLP
1515 Market Street, Suite 1200                 Attorney for Jimmie Lee Little
Philadelphia, PA 19102-1932                    888 West Sixth St, Suite 1100
(215) 864-7797                                Los Angeles, CA 90017
jabber@backstromlaw.com                      (213) 620-8003
                                             markbyrne@byrnenixon.com


2

s/ Craig Allen Gillen
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

s/ Barry J. Pollack
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  February 3, 2022

*s/ Michael F. Tubach*

Michael F. Tubach