IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

       Defendants.

## DEFENDANT WILLIAM LOVETTE'S MOTION FOR LEAVE TO FILE A MOTION *IN LIMINE*

Defendant William Lovette, by and through undersigned counsel, and pursuant to this Court's December 22, 2021 Order Re-Setting Trial Dates and Deadlines (ECF No. 925), respectfully seeks leave to file the attached motion *in limine* to exclude all evidence regarding Sysco's payment terms.

Good cause exists for the Court to consider Mr. Lovette's motion *in limine*. During the first trial, the government's evidence confirmed that allegations related to timing of Sysco payment terms has no connection, argued or proven, to the charged conspiracy, which this Court rightly

defined as only price-fixing and bid-rigging conduct. And any minimal probative value (if any) of this evidence is substantially outweighed by the risk of prejudicing Mr. Lovette, confusing the issues, or misleading the jury.

The government has made clear through its witness and exhibit lists that it will rely upon the same tactic on re-trial. While the Court may not have been situated before the first trial to exclude all evidence relating to Sysco's time of payment terms, the Court has now seen the government's case.

Mr. Lovette raises this motion *in limine* for the first time because none of these facts became known until after the first trial.

Dated:  February 3, 2022                           Respectfully submitted,

                                                   *s/John A. Fagg, Jr.*
                                                   John A. Fagg, Jr.
                                                   James P. McLoughlin, Jr.
                                                   Frank E. Schall
                                                   Kaitlin M. Price
                                                   Catherine R. Prater
                                                   MOORE & VAN ALLEN PLLC
                                                   Attorneys for William Wade Lovette
                                                   100 North Tryon Street, Suite 4700
                                                   Charlotte, NC 28202
                                                   (704) 331-3622
                                                   johnfagg@mvalaw.com
                                                   jimmcloughlin@mvalaw.com
                                                   frankschall@mvalaw.com
                                                   kaitlinprice@mvalaw.com
                                                   catherineprater@mvalaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

<u>s/John A. Fagg, Jr.</u>