# ATTACHMENT 1



| | |
|---|---|
| **Policy:** [TBD – DRAFT] | **Page:**   [ PAGE ] of [ NUMPAGES ] |
| **Subject: Agri-Stats Confidentiality** | **Last Reviewed:** |
| **Policy Owner: Legal Department** | **Supersedes: All Prior** |

**PURPOSE:**   To ensure appropriate use of reports that may contain information regarding the business of our competitors in order to avoid unintentional violation of antitrust laws.

**SCOPE:**   This Policy applies to all employees who receive or review reports that may contain information about competitors, including without limitation Agri-Stats reports.

**POLICY:**   Pilgrim's Pride Corporation ("Company") and its officers and employees will comply with all applicable laws, rules and regulations. For the purpose of this policy, particular emphasis is being placed in the area of information exchanges, which implicate antitrust laws and mail and wire fraud statutes. Antitrust laws and mail and wire fraud statutes are complex and have serious consequences if violated. The Company is committed to doing its part to preserve free enterprise by requiring that all officers and employees strictly obey all applicable laws.

The United States adopted antitrust laws to benefit consumers by encouraging free and open competition that promotes competitive prices and competitive methods and levels of production. The thrust of the antitrust laws is that competition functions best when each company makes its business decisions independently. The antitrust laws prohibit agreements or actions that unreasonably limit competition. Therefore, discussion or communication by a Company officer or employee with a competitor concerning a variety of topics is prohibited. These topics include past, present, or future purchase costs or sale prices, pricing policies, bids, discounts, promotions, terms or conditions of sale, customers, territorial markets, costs, inventories, product plans, market surveys, or production.

The Company subscribes to and receives reports from Agri Stats, Inc ("Agri Stats"). Agri Stats is a benchmarking service. The Agri Stats reports are used by the Company to improve processes, procedures, and methods in order to reduce costs, promote efficiency and become more competitive.

**Government Exhibit**

**20-cr-152-PAB**

**9865**

                                                     PILGRIMS-DOJ-0002916975

Violation of the antitrust and/or mail and wire fraud statutes can result in criminal actions brought by the Antitrust Division of the United States Department of Justice of State Attorneys General, and in civil actions brought by the Department of Justice, the Federal Trade Commission or by private parties. Consequences of violating antitrust laws and mail and wire fraud statutes can be severe. Reflected below are the penalties associated with violating the federal antitrust laws:

a. **Individuals:**  The antitrust laws apply not only to management personnel, but to every employee at all levels of the Company. Any individual who violates the federal antitrust laws may be found guilty of a felony, face up to ten years in jail, be fined up to $1,000,000, and be fired by the Company.

b. **Corporations:**  A corporation may be fined up to $100 million.

c. **Treble damages:**  Private parties, suing individually or on behalf of a group of similarly-injured consumers, can recover three times their actual damages, plus their litigation costs and attorneys' fees. Particularly where the class of injured parties is large, the Company's potential liability could be enormous, running well into millions of dollars.

d. **Debarment:**  Under certain circumstances, the Company could be barred from further government business.

e. **Restitution:**  The Federal Trade Commission may sue for unfair or deceptive trade practices and obtain cease and desist orders and rescission of contracts, as well as damages and fines.

f. **Injunctions:**  Antitrust violators can be enjoined from their illegal practices, and prohibited from other activities, including otherwise lawful conduct.

g. **Consent decrees:**  A company that settles a government action by entering into a consent decree agrees to cease activities the government claims are illegal, and may face serious restrictions on its ability to do future business.

h. **Expense:**  The cost of defending even a groundless antitrust suit in time, damage to reputation, attorneys' fees and missed business opportunity can be staggering.

**Using and Disseminating Agri Stats Reports**

Healthy competition requires a free flow of information.  However, contact or communications of any kind with competitors raise special concerns under antitrust laws. Contacts or communications with competitors may give the wrong impression and be misconstrued as part of an agreement or conspiracy. A "contract, combination or conspiracy" in restraint of trade can be proven by evidence of not only formal agreements and conspiracies, but also from circumstantial evidence of casual meetings, informal understandings, and "gentlemen's agreements" that may be unwritten and even unspoken. Consequently, an exchange of sensitive, nonpublic information with a competitor can be inherently risky.

For all these reasons, when using and disseminating Agri Stats reports:

• DO ensure that Agri Stats reports are used solely for internal Company use.

• DO limit access to Agri Stats reports only to Company officers and employees that use Agri Stats reports as part of their day-to-day responsibilities.

• DO maintain Agri Stats reports in a secure area that prevents access to the Agri Stats reports by Company officers and employees who do not need to review Agri Stats reports as part of their day-to-day responsibilities.

• DO maintain the confidentiality of the information reflected in Agri Stats reports.

HIGHLY CONFIDENTIAL

● DO destroy extra copies, unused and/or older copies of Agri Stats reports on a regular basis.

● DO destroy all copies of any information obtained from Agri Stats reports after using the copied information.

● DO NOT disseminate or distribute Agri Stats reports to other persons that are not employed with the Company.

● DO NOT allow persons who are not employed with the Company to inspect, review and/or copy Agri Stats reports.

● DO NOT disseminate or distribute Agri Stats reports to other entities.

● DO NOT share, in any manner, information contained in Agri Stats reports with any persons who are not employed with the Company or with other entities.

**Relationships with Competitors**

When dealing with competitors:

● DO NOT discuss or share Agri Stats reports or any information therein.

● DO immediately notify the Law Department if Agri Stats reports or information therein is disseminated or discussed.

● DO object immediately and unequivocally any time discussions of Agri Stats reports or information therein occurs, as well as any antitrust sensitive topics occur.

● DO leave noticeably and immediately if improper discussions continue after your objections.

● DO remember that mere silence in the presence of improper discussions about or sharing of Agri Stats reports or information therein does not insulate you from potential liability.

● DO report all such incidents immediately to the Law Department, even if you took no part in the discussions, the discussions ended quickly, and the discussions did not seem significant.

● DO assist the Legal Department in preparing a complete and timely written record of the details of all such discussions to ensure that the events are not misinterpreted or misrepresented should memories fade or all participants are unavailable.

**Preparing and Transmitting Information to Agri Stats**

● DO maintain the confidentiality of the information provided to Agri Stats for its use in preparing Agri Stats reports.

● DO destroy the information provided to Agri Stats on a regular basis.

● DO maintain the confidentiality of the information provided to Agri Stats.

● DO limit access to the information provided to Agri Stats only to Company officers and employees that need the information as part of their day-to-day responsibilities.

● DO NOT disseminate or distribute any information provided to Agri Stats to other persons that are not employed with the Company.

● DO NOT disseminate or distribute any information provided to Agri Stats to other entities.

**Reporting Suspected Violations**

Page:  [ PAGE ] of [ NUMPAGES ]

Effective administration of the Company's Agri Stats Policy requires cooperation between the Company and its officers and employees. Accordingly, any questionable, unauthorized, or illegal activity, whenever discovered, must be immediately reported to the Legal Department for review and evaluation.

Any person may submit a good faith complaint regarding perceived violations. Once received by the Legal Department, the Company is committed to investigating and responding to any reported violation.

The Company follows a zero-tolerance standard for willful violations of this Agri Stats Policy by officers and employees. Accordingly, following an investigation, any verified violation may lead to disciplinary action, up to and including termination of officers and employees.

**Investigations and Requests for Information**

Request proper identification from any governmental representative or attorney for a private party who attempts to initiate contact with any Company officer or employee or requests access to Company files and Agri Stats reports.

Tell the representative that the Company will cooperate fully with all federal, state and municipal investigations, but that the Company will exercise all legal rights available to persons under investigation, including the right to counsel. Before you take any action, report all such requests, including service of a subpoena, summons, or lawsuit or other legal process or documents on any officer or employee, immediately to the Law Department so appropriate responses can be formulated.

**Other Company Policies**

This Agri Stats Policy is to be read in conjunction with and applied consistent with any and all other previous policies implemented by the Company and/or that will be enforced in the future.  This Agri Stats Policy does not supersede, nullify or render any prior Company policy invalid.

HIGHLY CONFIDENTIAL