IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.    RICKIE PATTERSON BLAKE,

      Defendants.

## DEFENDANTS' JOINT MOTION TO REITERATE AND REAFFIRM THEIR PRIOR ARGUMENTS, OBJECTIONS, AND POSITIONS TO PRESERVE THEM FOR APPELLATE REVIEW

      Defendants Jayson Jeffrey Penn, Mikell Reeve Fries, Scott James Brady, Roger Born Austin, Timothy R. Mulrenin, William Vincent Kantola, Jimmie Lee Little, William Wade Lovette, Gary Brian Roberts and Rickie Patterson Blake, by and through their respective counsel, respectfully move this Court to enter an Order that all prior arguments, objections and positions asserted by, or adopted by, any Defendant in the first trial of this matter (the "Trial"), be renewed and preserved for purposes of future appellate review. In support of said Motion, Defendants state as follows:

      1.     Trial in this matter originally commenced on October 25, 2021. On December 16, 2021, this Court declared a mistrial as to all Defendants after the jury failed to reach a verdict as

to each of the Defendants. The retrial ("Retrial") is set to begin February 22, 2022 (Dkt. 925). On December 22, 2021, the Court entered its Order Re-Setting Trial Dates and Deadlines [Dkt 925]. In that Order, the Court ordered that any party wishing to file substantive motions must submit a motion for leave to file such motion. The Court indicated that it would not reconsider its earlier rulings, absent a change in circumstances warranting reconsideration.

2.  This Motion is intended to reaffirm the Defendants' previously stated motions, arguments, objections, responses to government motions and positions and re-assert them in the Retrial to preserve them for appellate review. Except in those instances, if any, where Defendants move for reconsideration, Defendants are not asserting a change in circumstances. This Motion does not seek reconsideration of the Court's prior rulings. Instead, this Motion seeks to ensure that all arguments, objections, and positions raised in the First Trial are renewed and preserved for the Retrial and appellate review of the Trial and Retrial, and not deemed waived or abandoned in any way. This Motion is without prejudice to any Defendant's ability to assert a new or different issue, subject to this Court's orders.

3.  Defendants wish to preserve all arguments, objections, and positions, including but not limited to those stated in (1) previously filed motions, including motions in limine; (2) previously filed responses to the government's motions, including motions in limine; (3) proposed jury instructions and objections to the government's proposed jury instructions; (4) the jury instructions given to the jury by the Court, and (5) oral argument made during pre-trial hearings like the *James* proceedings and at Trial.

4.  More specifically, Defendants reiterate and reaffirm their arguments, objections, and positions in Defendants' *James* briefing; Defendants' Motions to Dismiss; Defendants' Motions in Limine and other Pretrial Motions [Dkts. 518-521, 523-530]; in opposition to the

2

Government's Omnibus Motion in Limine [542];  Defendants' Joint Opposition to the Government's Omnibus Motions in Limine [560]; Defendants' Response to the United States' Motion in Limine Regarding Summary Evidence [564];  Defendants' Joint Motion to Exclude the Government's Proposed Summary Exhibits [715] (which also responded to the United States' Trial Brief [670]); and Defendants' Joint Reply in Support of their Motion to Exclude the Government's Proposed Summary Exhibits [728].

5. Defendants also reiterate, reassert, and reaffirm their arguments, objections, and positions:

    a. To exclude government summary exhibits and all newly identified summary exhibits as stated in Defendants' Motion to Exclude Newly Identified Summary Exhibits [760].

    b. Stated in Defendants' Joint Objection to the Abuse of Overview Testimony [782].

    c. Stated in Defendants' Proposed Limiting Instruction for the Government's Summary Exhibits [870].

    d. Stated and raised in the Court hearings of November 22, 2021 (day 19 of trial) and November 23, 2021 (day 20 of the trial), which Issues are set forth in the transcripts of November 22, 2021, and November 23, 2021.

    e. Stated at the jury instruction conference on December 7, 2021, which are more fully set forth in the official transcript of that hearing.

6. Accordingly, Defendants respectfully request that the Court rule that the Defendants' previously stated arguments, objections, and positions noted explicitly above and all others, are expressly preserved for the Retrial and for the purposes of appeal of the Trial and the Retrial, and enter an Order so stating.

Dated:  February 3, 2022

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

<u>*s/ Craig Allen Gillen*</u>
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700

cgillen@gwllawfirm.com

<u>*s/ Barry J. Pollack*</u>
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514

bpollack@robbinsrussell.com

5

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter.

      s/ *Candace Edington*