IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE, | Criminal Case No. 20-cr-00152-PAB |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO EXCLUDE THE GOVERNMENT'S "SUMMARY" EXHIBITS**

Defendants, by and through undersigned counsel, respectfully submit this Motion for Leave to File a Motion to Exclude the Government's "Summary" Exhibits.

The Court ordered the parties to file their exhibit lists by January 14, 2022. Doc. 925 at 1. The exhibit list the government filed on January 14 contained the same exhibit numbers for purported "summary" exhibits as the government's exhibit list from the first trial. The government provided no new summary exhibits to Defendants on January 14. On February 8, 2022, the Government filed a new exhibit list, making no changes to the summary exhibits listed. At the pretrial conference on February 10, 2022, the government handed a flash drive to defense counsel and represented that it contained summary exhibits that mirrored the summary exhibits

1

from the first trial with a limited number of minor changes to certain of the exhibits from the prior trial. Counsel for the government followed up with an email on February 13, in which she provided what she described as "a list of changes contained in the summary exhibits provided on flash drives in court on the morning of 2/10/22022, as compared to those admitted in U.S. v. Penn last November." Defendants have now reviewed those summary exhibits, and the government's representations are materially inaccurate. In reality, the "summary" exhibits contain (i) entirely new exhibits not used in the first trial, (ii) the substitution of entirely new documents under the cover of previously-admitted exhibit numbers; and (iii) meaningful changes to the substance of previously-admitted exhibits. Defendants still have not received a number of additional "summary" exhibits listed on the government's exhibit lists filed on January 14 and February 8, 2022, and therefore presume the government does not intend to offer those exhibits at trial.

Because the government did not disclose the new exhibits it provided Defendants until after the deadline for filing motions *in limine*, Defendants did not have an opportunity to address these substantial changes and additions to the government's "summary" exhibits in their motions *in limine*. In light of these substantial changes and additions, Defendants respectfully request an opportunity to complete their review of and prepare a motion *in limine* to exclude the new and revised "summary" exhibits.

Accordingly, Defendants respectfully request that the Court grant Defendants leave to file a motion *in limine* regarding the government's new proposed summary exhibits by no later than Friday, February 18, 2022.

Dated:  February 16, 2022

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach