IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## STATUS REPORT ON THE PARTIES' DISCUSSIONS REGARDING THE AUTHENTICITY OF DOCUMENTS

The Parties are close to an Agreement on an unopposed motion for an agreed order regarding a significant number of documents identified in ECF No. 1075-1. The Parties anticipate filing the motion shortly. In addition, the Parties are presently discussing an agreement regarding the authenticity of an additional 17 documents. The Parties anticipate resolution of the 17 documents by tomorrow. If agreements are reached on both document sets and this Court enters Orders reflecting both

agreements, the issues presented in the government's Motion filed at ECF No. 1075 will be largely moot.

Dated: February 22, 2022             Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*

2