**COURT EXHIBIT 1**

ASK — juror 1

☆ given this trial of 10 individuals, can cross-examiners identify who they represent?

(... or do they collaborate efforts ~~stud to jeun~~ to save time?)
[as with the objections if redundant]