**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB
Date: March 2, 2022
Courtroom Deputy: Sabrina Grimm
Court Reporter: Janet Coppock

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig<br>Carolyn Sweeney<br>Heather Call<br>Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach<br>Anna Pletcher<br>Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld<br>David Beller<br>Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine<br>Megan Rahman<br>Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg<br>Laura Carwile<br>Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt<br>Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry<br>James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne<br>Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr.<br>Dru Nielsen<br>James McLoughlin<br>Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen<br>Richard Tegtmeier<br>Anthony Lake |

10. RICKIE PATTERSON BLAKE,

Wendy Johnson
Barry Pollack
Christopher Plumlee

Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 6**

**8:02 a.m. Court in session.**

Defendants present on bond.

Discussion regarding summary exhibits.

**8:35 a.m. Court in recess.**
**8:42 a.m. Court in session.**

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 1801 is admitted.**

9:15 a.m. to 9:25 a.m. Bench conference.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 9992 is admitted.**

9:39 a.m. to 9:43 a.m. Bench conference.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 9704 (lower half) is admitted.**

Jury excused.

**10:11 a.m. Court in recess.**
**10: 33 a.m. Court in session.**

Jury present.

10:35 a.m. Cross examination of Mr. Suerken by Mr. Gillen.

**Exhibit G-508 (top email) is admitted.**

11:20 a.m. Cross examination of Mr. Suerken by Ms. Nielsen.

11:26 a.m. to 11:31 a.m. Bench conference.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

Jury excused.

**12:00 p.m. Court in recess.**
**1:35 p.m. Court in session.**

Jury present.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

1:38 p.m. to 1:43 p.m. Bench conference.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

**Exhibits E-158, 1073 are admitted.**

2:00 p.m. Cross examination of Mr. Suerken by Mr. Feldberg.

2:02 p.m. Cross examination of Mr. Suerken by Mr. Kornfeld.

2:06 p.m. Cross examination of Mr. Suerken by Ms. Henry.

**Exhibit C-440 (lower half) is admitted.**

2:14 p.m. Cross examination of Mr. Suerken by Ms. Johnson.

2:16 p.m. to 2:18 p.m. Bench conference.

Continued cross examination of Mr. Suerken by Ms. Johnson.

**Exhibits F-761, 1008 are admitted.**

2:42 p.m. to 2:45 p.m. Bench conference.

Continued cross examination of Mr. Suerken by Ms. Johnson.

2:48 p.m. Cross examination of Mr. Suerken by Mr. Lavine.

2:53 p.m. Redirect examination of Mr. Suerken by Mr. Torzilli.

Ms. Call requests to display admitted exhibits to the jury.

3:08 p.m. to 3:10 p.m. Bench conference.

Jury excused.

Discussion regarding Carl Pepper's testimony.

**3:17 p.m. Court in recess.**
**3:33 p.m. Court in session.**

Jury present.

Government witness, Carl Pepper, sworn.

3:36 p.m. Direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 959 is admitted.**

3:51 p.m. to 3:53 p.m. Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 9834, 9834-1, 9816 are admitted.**

4:19 p.m. to 4:30 p.m. Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

4:31 p.m. to 4:34 p.m. Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

4:45 p.m. to 4:48 p.m. Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

Jury excused until March 3, 2022 at 8:30 a.m.

Discussion regarding scheduling.

**ORDERED: Defendants' bond is continued.**

**5:04 p.m. Court in recess.**

Trial continued.
Total time in court: 6:42