**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

Case No.   1:20-cr-00152-PAB_____          Date: _March 3, 2022____

Case Title:  United States v. Jayson Penn et al._____

UNITED STATES WITNESS LIST

| WITNESS<br>(FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S)<br>AND LENGTH OF<br>TESTIMONY* |
|---|---|
| **SA LaNard Taylor** | Completed |
| Larry Barela** | Completed |
| Florence Becker | Completed |
| Ted Sangalis** | Completed |
| Stephen Gresch** | Completed |
| **Rachel Evans**** | Completed |
| **Michael Ledford** | Completed |
| **Pete Suerken** | Completed |
| **Carl Pepper** | 3/2 - 3/7: 12 hours |
| **Sara Fisher** | 3/7: 1½ hours |
| **SA Matthew Koppenhaver** | 3/7: 2 hours |
| **Robert Bryant** | 3/7 - 3/9: 12 hours |
| **Eric Scholer** | 3/9: 1 hour |
| **Robert Lewis** | 3/9: 2 hours |
| **Joseph Brink** | 3/9 - 3/10: 2½ hours |

* The government's estimated length of testimony is based on its planned direct examination, and estimated cross-examination and redirect length based on the prior trial.

** The government reserves the right to substitute one or more persons to provide the same or similar testimony as it intends to elicit from the witness identified on this List.