IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 10, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 11**

**8:27 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding timing of Mr. Brink's testimony.

**8:30 a.m.**     **Court in recess.**
**8:45 a.m.**     **Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Pollack.

8:51 a.m.     Cross examination of Mr. Bryant by Mr. Henry.

9:07 a.m.     Cross examination of Mr. Bryant by Mr. Fagg.

9:13 a.m.     Cross examination of Mr. Bryant by Mr. Canty.

9:18 a.m.     Cross examination of Mr. Bryant by Ms. LaBranche.

9:28 a.m. to 10:02 a.m.     Bench conference.

10:02 a.m.     Redirect examination of Mr. Bryant by Ms. Call.

Jury excused.

Discussion regarding recross of Mr. Bryant.

**10:15 a.m.**     **Court in recess.**
**10:31 a.m.**     **Court in session.**

Jury present.

Continued redirect examination of Mr. Bryant by Ms. Call.

10:40 a.m. to 10:42 a.m.    Bench conference.

Continued redirect examination of Mr. Bryant by Ms. Call.

Exhibits displayed for jury.

**Exhibits 18 and 19 are admitted.**

11:08 a.m. to 11:09 a.m.    Bench conference.

Exhibits displayed for jury.

Government witness, Joseph Brink. sworn.

11:17 a.m.    Direct examination of Mr. Brink by Mr. Koenig.

11:24 a.m. to 11:27 a.m.    Bench conference.

Continued direct examination of Mr. Brink by Mr. Koenig.

11:32 a.m. to 11:34 a.m.    Bench conference.

**Exhibit 561 is admitted.**

Continued direct examination of Mr. Brink by Mr. Koenig.

11:37 a.m. to 11:39 a.m.    Bench conference.

Continued direct examination of Mr. Brink by Mr. Koenig.

**Exhibits I-228, I-231, 9726 are admitted.**

Jury excused.

**12:00 p.m.    Court in recess.**
**1:32 p.m.    Court in session.**

Discussion regarding recalling Mr. Bryant.

1:35 p.m.    Jury present.

Continued direct examination of Mr. Brink by Mr. Koenig.

**Exhibits 566, 567, 9740 are admitted.**

1:52 p.m. to 1:56 p.m.		Bench conference.

Continued direct examination of Mr. Brink by Mr. Koenig.

1:57 p.m.	Cross examination of Mr. Brink by Mr. Canty.

**Exhibit I-226 (top email) is admitted.**

2:40 p.m.	Cross examination of Mr. Brink by Mr. Beller.

Jury excused.

**3:15 p.m.	Court in recess.**
**3:31 p.m.	Court in session.**

Jury present.

Continued cross examination of Mr. Brink by Mr. Beller.

**Exhibit 500 is admitted.**

3:54 p.m.	Cross examination of Mr. Brink by Ms. Pletcher.

3:55 p.m.	Cross examination of Mr. Brink by Mr. Gillen.

3:56 p.m.	Cross examination of Mr. Brink by Ms. Henry.

3:57 p.m.	Cross examination of Mr. Brink by Mr. Pollack.

3:58 p.m.	Redirect examination of Mr. Brink by Mr. Koenig.

**Exhibit 5 is admitted.**

Exhibits displayed for jury.

4:20 p.m. to 4:21 p.m.		Bench conference.

Exhibits displayed for jury

**Exhibits 7046, 247, 14, 15, 16 are admitted.**

4:39 p.m. to 4:43 p.m.		Bench conference.

Exhibits displayed for jury

4:49 p.m. to 4:51 p.m.		Bench conference.

Exhibits displayed for jury

Jury excused until March 14, 2022 at 8:30 a.m.

Exhibit 6199 was inadvertently shown to the jury.  It will be marked Court Exhibit 3 and preserved for the record.

**ORDERED:   Defendants' bond is continued.**

**5:05 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:19