# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 24, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES
---

**JURY TRIAL – DAY 19**

**8:45 a.m.**      **Court in session.**

Defendants present on bond.

**ORDERED:**      **Jury lunches will be provided throughout deliberations beginning March 24, 2022.**

Jury present.

8:51 a.m.      Defendant Blake's closing argument by Mr. Pollack.

Jury excused.

**9:40 a.m.**      **Court in recess.**
**9:50 a.m.**      **Court in session.**

Jury present.

9:51 a.m.      Government's closing rebuttal argument by Mr. Koenig.

10:27 a.m. to 10:31 a.m.      Bench conference.

Court Security Officers sworn.

Court instructs jury.  Jury excused to begin deliberations.

Court confirms admitted exhibits with counsel.  Government's Admitted Exhibits are Court Exhibit 4.  Defendants' Admitted Exhibits are Court Exhibit 5.

**10:45 a.m.**      **Court in recess.**
**2:10 p.m.**      **Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The court will provide a response to the jury consistent with the discussions held.

**2:25 p.m.     Court in recess.**
**4:10 p.m.     Court in session.**

The Court has received two notes from the jury.

Discussion regarding a response to the notes.

Court will reconvene on March 25, 2022 at 8:00 a.m. to further discuss a response to the jury notes.

**4:43 p.m.     Court in recess.**
**5:01 p.m.     Court in session.**

Jury present.

Jury excused until March 25, 2022 at 8:30 a.m.

**ORDERED:   Defendants' bonds are continued.**

**5:06 p.m.     Court in recess.**

Trial continued.
Total time in court:    2:43