IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| JAYSON JEFFREY PENN, | Criminal Case No. 20-cr-00152-PAB |
| MIKELL REEVE FRIES, | |
| SCOTT JAMES BRADY, | |
| ROGER BORN AUSTIN, | |
| WILLIAM WADE LOVETTE, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S MOTION TO SUPPLEMENT *JAMES* LOG**

Messrs. Penn, Fries, Brady, Austin, and Lovette, by and through their respective counsel, hereby move the Court to extend Defendants' deadline to respond to the government's Motion to Supplement *James* Log (the "*James* Motion", ECF No. 1272) by two (2) business days to Tuesday, May 3, 2022. In support of this motion, Defendants state as follows:

There is good cause for an extension of Defendants' deadline to respond to the government's *James* Motion (ECF No. 1272) to May 3, 2022, pursuant to Section I.F.1 of the Court's Practice Standards (Criminal cases) (Dec. 1, 2020).[1] On April 25, 2022, the government filed the *James* Motion seeking, among other things, to add "four categories of statements"

---

[1] This motion is being filed two business days before Defendants' current response deadline. Strict compliance with Section I.F.2 of the Court's Practice Standards for Criminal cases was not practicable in this multi-defendant case where the Court set the deadline by minute order entered on April 26, 2022—three business days before the current April 29, 2022 deadline. (*See* ECF No. 1275.)

comprising "47 total entries" to its *James* log.  (ECF No. 1272 at 3; *see also* ECF No. 1272-1.) Only two of the proposed additions that the government seeks to add to the *James* log are previously identified documents.  (*See* ECF No. 1272-1.)  Most of the proposed additions are testimony from the second trial, and the remaining proposed additions are documents that were first produced to Defendants on April 21, 2022.  (*Id.*)  In the government's conclusion to its *James* Motion, the government requested the Court to set the deadline for Defendants' objections to May 9, 2022, the pre-trial motion deadline.[2]  (ECF No. 1272 at 10.)  Defendants do not request as much time as the government suggested, but respectfully request two additional business days. Defendants conferred with the government on the relief sought in this motion and the government takes no position on the motion.

Defendants are currently preparing for trial, which is set to begin on June 6, 2022.  (*See* ECF No. 1263 at 1.)  In advance of the Trial Preparation Conference set for May 25, 2022, Defendants are preparing pre-trial motions, including motions *in limine*, and objections to exhibits the government identified as intending to admit without a sponsoring witness—both of which are to be filed on or before May 9, 2022.  (ECF No. 1263 at 1–2.)  In addition, Defendants are responding to the government's Notice of Summary Exhibits and Request for Deadline (ECF No. 1270) filed concurrently with the *James* Motion.  Defendants believe that an additional two business days through May 3, 2022 to respond to the *James* Motion will permit them to more fully address the numerous additional entries the government proposes to include in its third *James* log,

---

[2] The short, two business day extension requested by Defendants—through May 3—will allow Defendants six ***fewer*** days than the government originally requested that the Court allow Defendants to respond to the motion.  (*See* ECF No. 1272 at 10.)

which will in turn better allow the Court to efficiently evaluate the issues presented in the government's *James* Motion.

Respectfully submitted this 27th day of April 2022,

<div style="columns:2">

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ John A. Fagg, Jr.*