**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
WILLIAM WADE LOVETTE,

    Defendants.

Criminal Case No. 20-cr-00152-PAB

---

**DEFENDANTS' PROPOSED SUPPLEMENTAL VOIR DIRE QUESTIONS**

---

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, and the Court's Practice Standards for Criminal Cases, Defendants, through their respective counsel, respectfully submit these additional Joint Supplemental *Voir Dire* Questions. Given the changes in the economy, including higher food prices and supply chain shortages, allowing these additional questions to be asked will assist the parties and the Court in selecting a fair and impartial jury.

1. Have you experienced higher prices for food?

2. Do you have an opinion on what causes higher food prices? What is your opinion?

3. How do increased prices for food affect you and your family?

4. How has the increase in the cost of food affected your perception of companies that produce food?

5. How has the increase in the cost of food affected your perception of executives who run food companies?

6. Has the increase in the cost for food caused you to have any negative feelings or opinions about companies that produce chicken, beef or pork?

7. Has the increase in the cost for food caused you to have any negative feelings or opinions about people who work for the companies that produce chicken, beef, or pork?

8. Do you have feelings or opinions about companies that produce chicken or individuals that work for or run those companies that could make it difficult for you to be impartial to the individuals in this case?

9. Do you have an opinion about the price and/or profits in the chicken industry that make it difficult for you to be impartial in this case?

10. Do you have any feelings or opinions about whether employees who work at food companies, or the executives who run those companies, tend to work with their competitors to raise prices for their mutual benefit?

11. Do you have an opinion about how companies that produce food have conducted their business during the COVID-19 pandemic?

12. Do you think food companies, and particularly beef, pork or chicken companies, engage in bad anticompetitive behavior? Why do you think that?

13. Have you experienced a shortage of beef, pork or chicken? What or who do you think is responsible for food shortages?

Respectfully submitted this 23rd day of May, 2022.

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/John A. Fagg, Jr.*