**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PENN, et al.,

      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

William Wade Lovette

DATED at Denver, Colorado this 24th day of May, 2022.

/s/ Fielding E. Huseth
Name of Attorney

Moore & Van Allen PLLC
Firm Name

100 North Tryon Street, Suite 4700
Office Address

Charlotte, NC  28202
City, State, ZIP Code

704-331-3562
Telephone Number

fieldinghuseth@mvalaw.com
Primary CM/ECF E-mail Address