IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN, and
8.     **WILLIAM WADE LOVETTE**,

      Defendants.

## NOTICE OF ISSUANCE OF SUBPOENAS FOR GOVERNMENT EMPLOYEES AND DOCUMENTS

Defendant William Wade Lovette files this Notice of Issuance of Subpoenas for Government Employees and Documents and hereby notifies the Court and the parties that Defendant has obtained sixteen Subpoenas to Testify at a Hearing or Trial in a Criminal Case ("Subpoenas") from the Clerk of Court for sixteen Government employees pursuant to Federal Rule of Criminal Procedure 17. The Subpoenas, and related materials, are attached hereto as Exhibits A, B, and C. The Subpoenas seek documents in the possession, custody, or control of the Government, in addition to testimony from employees of the United States Department of Justice, the United States Department of Commerce, and the United States Department of Agriculture. As of the time of this filing, the Subpoenas have yet to be served.

Respectfully submitted, this 5th day of June, 2022.

                                                *s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

Counsel for William Wade Lovette

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

<u>s/ John A. Fagg, Jr.</u>

3