# EXHIBIT A

**Moore&VanAllen**

June 1, 2022

<u>**VIA U.S. MAIL AND E-MAIL**</u>

**John Fagg**
Attorney at Law

T 704 331 3622
F 704 378 2092
johnfagg@mvalaw.com

**Moore & Van Allen PLLC**

100 North Tryon Street
Suite 4700
Charlotte, NC  28202-4003

Richard Powers
Acting Assistant Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Clifford J. White, III
Director
Executive Office for United States Trustees (EOUST)
441 G Street, N.W., Suite 6150
Washington, D.C. 20530

Cole Finegan
United States Attorney, District of Colorado
United States Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

Christopher Wray
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Kevin Hart (kevin.hart@usdoj.gov)
Leslie Wulff (leslie.wulff@usdoj.gov)
Paul Torzilli (paul.torzilli@usdoj.gov)
Daniel Loveland (daniel.loveland@usdoj.gov)
Aidan McCarthy (aidan.mccarthy@usdoj.gov)
United States Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530

Re:   **Demand for Production of Information, Oral Testimony, and Materials by Employees
       of the United States Department of Justice Pursuant to 28 C.F.R. §§ 16.21** *et seq.*
       ***United States v. Penn et al.*, Case No. 1:20-cr-00152-PAB, in the United States District
       Court for the District of Colorado**

Counsel:

This is a Demand for Production of Information, Oral Testimony, and Materials By Employees of
the United States Department of Justice Pursuant to 28 C.F.R. §§ 16.21 *et seq.*, demanding
production of information and oral testimony acquired by employees of the United States
Department of Justice ("Department") which relate to or are based upon materials contained in the
files of the Department, and production and disclosure of materials contained in the files of the
Department, pursuant to 5 U.S.C. § 301 and 28 C.F.R. §§ 16.21 *et seq.* (upheld in *United States ex*

United States Department of Justice
June 1, 2022
Page 2

*rel. Touhy v. Ragen*, 340 U.S. 462 (1951)). The demand for information, oral testimony, and materials is made in relation to the criminal proceeding of *United States v. Penn et al.*, Case No. 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado ("legal proceeding").

We intend to serve Federal Bureau of Investigation ("FBI") Special Agent LaNard Taylor with a Subpoena to Testify at a Hearing or Trial in a Criminal Case ("Subpoena") to testify and produce documents, materials, and information in the legal proceeding. We also intend to serve FBI Special Agents Jeff D. Donaldson, Matthew Hamel, Brianne Kaufman, David Powers, Kia Raf-Caro, Alexandra Sevillano, Kenneth Shappee, and Benjamin Winship (with Agent Taylor, "Special Agents") with a Subpoena to testify and produce documents, materials, and information in the legal proceeding. Lastly, we intend to Subpoena a custodian for the FBI to produce documents, materials, and information in the legal proceeding.

The documents, materials, and information we seek are **any and all original notes taken by the Special Agents during any and all interviews of individuals** who are listed as witnesses for the United States in the legal proceeding. (*See* ECF No. 1358.) It is our position that any notes made by any FBI Special Agents during interviews of witnesses for the United States are subject to disclosure and production. We believe that any notes would contain exculpatory evidence or information, or evidence or information useful for purposes of impeachment. *See Brady v. Maryland*, 373 U.S. 83 (1963); *Strickler v. Greene*, 527 U.S. 263 (1999). Any notes would furthermore constitute material subject to the Jencks Act. *See* 18 U.S.C. § 3500.

Pursuant to 28 C.F.R. § 16.26, it is our position that disclosure and production of the testimony, documents, materials, notes, or information is appropriate under the rules of procedure governing the legal proceeding. *See* 28 C.F.R. § 16.26(a)(1). The parties to the legal proceeding possess a right to compulsory process to obtain witnesses and evidence in their favor pursuant to the Sixth Amendment, and the right to issue subpoenas pursuant to Federal Rule of Criminal Procedure 17. Moreover, the parties possess a right to evidence which is exculpatory or of use for impeachment. We believe that disclosure and production would not violate any statute or regulation, or be barred by any privilege. *See* 28 C.F.R. §§ 16.26(a)(2), (b)(1), (2). The legal proceeding furthermore does not involve any classified information, or confidential sources or informants. *See* 28 C.F.R. §§ 16.26(b)(3), (4).

We are willing to be reasonably flexible in scheduling the testimony of the Special Agents and the appearance of any custodian for the FBI. Thank you for your attention to this matter.

Sincerely,

MOORE & VAN ALLEN PLLC

John A. Fagg, Jr.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Penn, et al. | ) | Case No.  20-cr-00152-PAB |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Jeff D. Donaldson
       Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.:  A201 |
|---|---|---|
| | | Date and Time:  06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | )    Case No.  20-cr-00152-PAB |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Matthew Hamel
Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette

_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I served the subpoena by delivering a copy to the named person as follows: _____

_____   on *(date)* _____ ; or

□  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Add Attachment     Reset

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | ) Case No.  20-cr-00152-PAB |
| | ) |
| _____ | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Brianne Kaufman
      Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.:  A201 |
|---|---|---|
| | | Date and Time:  06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  6/1/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

### PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Penn, et al. | ) | Case No.   20-cr-00152-PAB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   David Powers
      Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  6/1/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | )  Case No.  20-cr-00152-PAB |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Kia Raf-Caro
     Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.:  A201 |
|---|---|---|
| | | Date and Time:  06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

□  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | )  Case No.  20-cr-00152-PAB |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Alexandra Sevillano
        Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  6/1/22

                                        *CLERK OF COURT*

                                        _____
                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

□  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Add Attachment    Reset

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | ) Case No.  20-cr-00152-PAB |
|  | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Kenneth Shappee
      Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  6/1/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

    ❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                         _____

                                    *Server's signature*

                         _____

                                    *Printed name and title*

                         _____

                                    *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | )   Case No.  20-cr-00152-PAB |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   LaNard Taylor
      Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance:  Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.:  A201 |
|---|---|
| | Date and Time:  06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ❐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

     ❐   I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | )    Case No.  20-cr-00152-PAB |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Benjamin Winship
Special Agent, United States Federal Bureau of Investigation

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:



(SEAL)

Date:  6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | | Reset |