# EXHIBIT B

**Moore & Van Allen**

June 1, 2022

**John Fagg**
Attorney at Law

T 704 331 3622
F 704 378 2092
johnfagg@mvalaw.com

Moore & Van Allen PLLC

100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003

**VIA U.S. MAIL AND E-MAIL**

Inspector General or Counsel to the Inspector General
Office of the Inspector General
United States Department of Commerce
1401 Constitution Avenue N.W.
Room 7896
Washington, D.C. 20230
Touhy@doc.gov

Kevin Hart (kevin.hart@usdoj.gov)
Leslie Wulff (leslie.wulff@usdoj.gov)
Paul Torzilli (paul.torzilli@usdoj.gov)
Daniel Loveland (daniel.loveland@usdoj.gov)
Aidan McCarthy (aidan.mccarthy@usdoj.gov)
United States Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530

**Re:   Demand for Testimony and Documents from Employees of the United States Department of Commerce Pursuant to 15 C.F.R. §§ 15.13** *et seq.*
*United States v. Penn et al.*, **Case No. 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado**

Counsel:

This is a Demand for Testimony and Documents from Employees of the United States Department of Commerce Pursuant to 15 C.F.R. §§ 15.13 *et seq.*, ("Demand") demanding testimony and documents from employees of the United States Department of Commerce ("Department"), pursuant to 15 C.F.R. §§ 15.13 *et seq.*, in relation to the criminal proceeding of *United States v. Penn et al.*, Case No. 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado ("legal proceeding").

We intend to serve Special Agents Molly Cox, Martin Kehoe, Matthew Koppenhaver, and Eric Nowicki ("Special Agents"), employees of the Department's Office of Inspector General, Office of Investigations, with a Subpoena to Testify at a Hearing or Trial in a Criminal Case ("Subpoena") to testify and produce documents in the legal proceeding. We also intend to Subpoena a custodian for the Department to produce documents in the legal proceeding. The documents we seek are **any and all original notes taken by the Special Agents during any and all interviews of individuals** who are listed as witnesses for the United States in the legal proceeding. (*See* ECF No. 1358.)

United States Department of Commerce
June 1, 2022
Page 2

We believe that the Special Agents can provide testimony and documents favorable to my client, Mr. Bill Lovette, and to the other Defendants in this legal proceeding. We also believe that the Special Agents can provide favorable or impeaching testimony and documents relating to the potential witnesses whom they have interviewed. A Declaration of John A. Fagg, Jr., complying with the requirements of 15 C.F.R. § 15.14(a), accompanies this Demand.

We are willing to be reasonably flexible in scheduling the testimony of the Special Agents and any custodian for the Department. Thank you for your attention to this matter.

Sincerely,

MOORE & VAN ALLEN PLLC

*/s/ John A. Fagg, Jr.*

John A. Fagg, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
WILLIAM WADE LOVETTE,

    Defendants.

Criminal Case No. 20-cr-00152-PAB

## DECLARATION OF JOHN A. FAGG, JR.

I, John A. Fagg, Jr., make this Declaration of John A. Fagg, Jr. ("Declaration"), pursuant to 15 C.F.R. § 15.13, and show the following, pursuant to 15 C.F.R. § 15.14(a):

1.     I am competent to give this Declaration.

2.     The forum and title of the relevant legal proceeding are set forth in the caption above.

3.     The party demanding testimony and documents from an employee of United States Department of Commerce (the "Department") is my client, William Wade Lovette, a Defendant to the legal proceeding, a criminal prosecution.

4.     The reason for the demand is that the testimony of Special Agents Molly Cox, Martin Kehoe, Matthew Koppenhaver, and Eric Nowicki (the "Special Agents") of the Department's Office of Inspector General, Office of Investigations, and any and all notes made by the Special Agents during any interviews of Robert Bryant, Sara Fisher, Robert Lewis, and Peter Suerken (the

"Witnesses") are needed by Mr. Lovette and his counsel in the trial of the legal proceeding, which is set to commence on June 6th, 2022. (*See* ECF No. 1358.) The Witnesses are expected to testify for the Government and against Mr. Lovette in the trial of the legal proceeding.

5. The testimony and notes of the Special Agents are not reasonably available from any other source. Mr. Lovette and his counsel believe that the Special Agents possess information which may be favorable to Mr. Lovette and the other Defendants, and which cannot be obtained from any other source. The Special Agents' notes from the interviews of the Witnesses cannot be obtained from any other source.

6. Mr. Lovette and his counsel desire to use the Special Agents' testimony in Mr. Lovette's case-in-chief as affirmative evidence of the non-existence of the charged conspiracy pursuant to the Sherman Act, 15 U.S.C. § 1, and any unlawful agreement.

7. Mr. Lovette and his counsel desire to use any favorable or impeaching information relating to the Witnesses contained in the Special Agents' notes in the cross-examination of the Witnesses at trial, should that occur. That information may not be available from any other source.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of June, 2022.

_____
John A. Fagg, Jr.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Penn, et al. | ) Case No. 20-cr-00152-PAB |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Molly Cox
Special Agent, United States Department of Commerce, Office of the Inspector General, Office of Investigations

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 | Courtroom No.: A201 |
|---|---|---|
| | | Date and Time: 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 6/1/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* William Wade Lovette , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone 704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | Reset |

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Penn, et al. | ) Case No. 20-cr-00152-PAB |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Martin Kehoe
Special Agent, United States Department of Commerce, Office of the Inspector General, Office of Investigations

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: A201 |
|---|---|---|
| | | Date and Time: 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  William Wade Lovette
_____, who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]   [ Add Attachment ]                                    [ Reset ]

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Penn, et al. | ) Case No. 20-cr-00152-PAB |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Matthew Koppenhaver
Special Agent, United States Department of Commerce, Office of the Inspector General, Office of Investigations

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 | Courtroom No.: A201 |
|---|---|---|
| | | Date and Time: 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 6/1/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* William Wade Lovette , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone 704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print] [Save As...] [Add Attachment] [Reset]

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| Penn, et al. | ) Case No. 20-cr-00152-PAB |
| | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Eric Nowicki
Special Agent, United States Department of Commerce, Office of the Inspector General, Office of Investigations

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: A201 |
|---|---|---|
| | | Date and Time: 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 6/1/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* William Wade Lovette , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone 704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Add Attachment]     [Reset]