# EXHIBIT C

**Moore&VanAllen**

June 1, 2022

<u>**VIA U.S. MAIL AND E-MAIL**</u>

**John Fagg**
Attorney at Law

T  704 331 3622
F  704 378 2092
johnfagg@mvalaw.com

**Moore & Van Allen PLLC**

100 North Tryon Street
Suite 4700
Charlotte, NC  28202-4003

Thomas J. Vilsack
United States Secretary of Agriculture
Janie Hipp
General Counsel, General Law and Research Division
United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250
OGC-Touhy-Demands@usda.gov
OIG.TOUHY-DEMANDS@oig.usda.gov

Kevin Hart (kevin.hart@usdoj.gov)
Leslie Wulff (leslie.wulff@usdoj.gov)
Paul Torzilli (paul.torzilli@usdoj.gov)
Daniel Loveland (daniel.loveland@usdoj.gov)
Aidan McCarthy (aidan.mccarthy@usdoj.gov)
United States Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530

Re:   **Demand for Production of Official Documents by United States Department of Agriculture Employees Pursuant to 7 C.F.R. §§ 1.210** *et seq.*
**United States v. Penn et al.**, **Case No. 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado**

Secretary Vilsack and Counsel:

This is a Demand for Production of Official Documents by United States Department of Agriculture Employees Pursuant to 7 C.F.R. §§ 1.210 *et seq.*, in relation to the criminal proceeding of *United States v. Penn et al.*, Case No. 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado ("legal proceeding").

We intend to serve Grant Friday, Brian McCarthy, and Derek Repp, Special Agents with the United States Department of Agriculture ("Department"), Office of the Inspector General with a Subpoena to Testify at a Hearing or Trial in a Criminal Case ("Subpoena") to produce official documents in the legal proceeding in their official capacity. We also intend to Subpoena a custodian for the Department to produce documents in the legal proceeding in his or her official capacity. The documents we seek are **any and all original notes taken by Special Agents Friday, McCarthy or Repp during any and all interviews of individuals** who are listed as witnesses for the United

United States Department of Agriculture
June 1, 2022
Page 2

States in the legal proceeding. (*See* ECF No. 1358.) A Declaration of John A. Fagg, Jr., complying with the requirements of 7 C.F.R. § 1.214(d), accompanies this Demand.

We are willing to be reasonably flexible in scheduling the appearance of Special Agents Friday, McCarthy, and Repp and any custodian for the Department. We will provide authorized fees to Special Agents Friday, McCarthy, and Repp and any custodian, pursuant to 7 C.F.R. § 1.218. Thank you for your attention to this matter.

Sincerely,

MOORE & VAN ALLEN PLLC

John A. Fagg, Jr.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
WILLIAM WADE LOVETTE,

       Defendants.

Criminal Case No. 20-cr-00152-PAB

---

## DECLARATION OF JOHN A. FAGG, JR.

---

I, John A. Fagg, Jr., make this Declaration of John A. Fagg, Jr. ("Declaration"), pursuant to 7 C.F.R. § 1.210, and show the following, pursuant to 7 C.F.R. § 1.214(d):

1.    I am competent to give this Declaration.

2.    The forum and title of the relevant legal proceeding are set forth in the caption above.

3.    The party demanding testimony and documents from an employee of United States Department of Agriculture (the "Department") is my client, William Wade Lovette, a Defendant to the legal proceeding, a criminal prosecution.

4.    The reason for the demand is that the testimony of Special Agents Grant Friday, Brian McCarthy, and Derek Repp (the "Special Agents") of the Department's Office of Inspector General, Office of Investigations, and any and all notes made by the Special Agents during any interviews of Robert Bryant, Sara Fisher, Robert Lewis, and Peter Suerken (the "Witnesses") are

1

needed by Mr. Lovette and his counsel in the trial of the legal proceeding, which is set to commence on June 6th, 2022. (*See* ECF No. 1358.) The Witnesses are expected to testify for the Government and against Mr. Lovette in the trial of the legal proceeding.

5.      The testimony and notes of the Special Agents are not reasonably available from any other source. Mr. Lovette and his counsel believe that the Special Agents possess information which may be favorable to Mr. Lovette and the other Defendants, and which cannot be obtained from any other source. The Special Agents' notes from the interviews of the Witnesses cannot be obtained from any other source.

6.      Mr. Lovette and his counsel desire to use the Special Agents' testimony in Mr. Lovette's case-in-chief as affirmative evidence of the non-existence of the charged conspiracy pursuant to the Sherman Act, 15 U.S.C. § 1, and any unlawful agreement.

7.      Mr. Lovette and his counsel desire to use any favorable or impeaching information relating to the Witnesses contained in the Special Agents' notes in the cross-examination of the Witnesses at trial, should that occur. That information may not be available from any other source.

8.      The considerations set forth in 7 C.F.R. § 1.220(a) weigh in favor of granting the demand because (1) compliance with the demand would not be unduly burdensome, disproportionate to the needs of the case, or otherwise inappropriate under the Federal discovery and procedural rules; (2) Mr. Lovette does not seek privileged information with this request; (3) the public interest will be served by granting the demand and having the Special Agents available to testify at trial; (4) Mr. Lovette does not seek to waste the time or expense of Department employees; (5) Mr. Lovette does not seek to spend the time and money of the United States for non-Federal government purposes; (6) the need to maintain impartiality between private litigants in which a substantial

Department interest is not implicated does not apply in this instance; (7) compliance with the demand would not have an adverse effect on the Department's mission and duties; (8) the demand does not unnecessarily involve the Department in issues not related to its mission; and (9) other factors, such as the pursuit of justice, are relevant to the interests of the Department.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of June, 2022.

John A. Fagg, Jr.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Penn, et al. | ) | Case No.  20-cr-00152-PAB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Grant Friday
       Special Agent, United States Department of Agriculture

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 06/06/2022 at 8:00 AM |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Add Attachment    Reset

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Penn, et al. | ) | Case No.  20-cr-00152-PAB |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Brian McCarthy
      Special Agent, United States Department of Agriculture

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse 901 19th Street Denver, CO 80294-3589 | Courtroom No.: | A201 |
|---|---|---|---|
| | | Date and Time: | 06/06/2022 at 8:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  6/1/22

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

       This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

      ❐  I returned the subpoena unexecuted because: _____

_____ .

      Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

      $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 _____ .

      I declare under penalty of perjury that this information is true.

Date: _____

                                           _____

                                             *Server's signature*

                                           _____

                                           *Printed name and title*

                                           _____

                                           *Server's address*

Additional information regarding attempted service, etc:

Print       Save As...       Add Attachment       Reset

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Penn, et al. | )  Case No.  20-cr-00152-PAB |
| | ) |
| _____ | ) |
| *Defendant* | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Derek Repp
    Special Agent, United States Department of Agriculture

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Alfred A. Arraj United States Courthouse | Courtroom No.: | A201 |
|---|---|---|---|
| | 901 19th Street Denver, CO 80294-3589 | Date and Time: | 06/06/2022 at 8:00 AM |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  6/1/22

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  William Wade Lovette
_____ , who requests this subpoena, are:

John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone  704-331-3622
johnfagg@mvalaw.com

\*Please note that this trial is scheduled to begin on June 6, 2022. You are not to report to the Courthouse until called by Mr. Lovette's counsel, who will notify you when you are to appear. If you foresee a conflict at any time during these weeks, it is your responsibility to notify Mr. Lovette's attorney. Attempts will be made to accommodate your schedule if possible; however, you must plan on testifying when called.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

□  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00         .

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc: