IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 6, 2022 |
| Courtroom Deputy: Sabrina Grimm/Emily Buchanan | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

*Counsel:*

Leslie Wulff
Kevin Hart
Daniel Loveland
Paul Torzilli

 Plaintiff,

v.

1. JAYSON JEFFREY PENN,

 Michael Tubach
 Anna Pletcher
 Brian Quinn

2. MIKELL REEVE FRIES,

 Richard Kornfeld
 David Beller
 Kelly Page

3. SCOTT JAMES BRADY,

 Bryan Lavine
 Laura Kuykendall

4. ROGER BORN AUSTIN,

 Michael Feldberg
 Laura Carwile
 Julie Withers

8. WILLIAM WADE LOVETTE,

 John Fagg, Jr.
 Dru Nielsen
 Frank Schall

 Defendants.

---

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:01 a.m.**

Appearances of counsel. Defendants present on bond.

Discussion regarding an additional alternate juror, transceivers, openings, voir dire, peremptory challenges, time limits, potential conflict with a juror, and other trial procedures.

**8:18 a.m.     Court in recess.**
**8:48 a.m.     Court in session.**

Jury panel present.  35 jurors seated in the jury box.

Statement by the Court.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Jury panel sworn for voir dire.

9:15 a.m.     Voir dire by the Court.

9:23 a.m. to 9:27 a.m.     Bench conference.

Voir dire by the Court continues.

**9:30 a.m.     Court in recess.**
**10:00 a.m.    Court in session.**

Voir dire by the Court continues.

10:15 a.m. to 10:17 a.m.    Bench conference.

Voir dire by the Court continues.

10:18 a.m. to 10:29 a.m.    Bench conference.

Voir dire by the Court continues.

10:30 a.m. to 10:33 a.m.    Bench conference.

Voir dire by the Court continues.

10:33 a.m. to 10:36 a.m.    Bench conference.

Voir dire by the Court continues.

10:37 a.m. to 10:39 a.m.    Bench conference.

Voir dire by the Court continues.

**12:00 p.m.    Court in recess.**

**1:22 p.m.      Court in session.**

Voir dire by the Court continues.

2:26 p.m.      Voir dire by Ms. Wulff.

2:46 p.m. to 3:03 p.m.      Bench conference.

Voir dire by Ms. Wulff continues.

**3:15 p.m.      Court in recess.**
**3:36 p.m.      Court in session.**

3:37 p.m. to 3:39 p.m.      Bench conference.

Voir dire by the Court.

Voir dire by Ms. Wulff continues.

4:00 p.m.      Voir dire by Ms. Nielsen.

4:25 p.m.      Voir dire by Mr. Beller.

Court instructs jury.  Jury excused until June 7, 2022 at 8:45 a.m.

Court will reconvene at 8:00 a.m. tomorrow.

**ORDERED:**  Defendants are permitted to file a response to [1369] on or before June 7, 2022 by noon.

**ORDERED:**  Bond is continued as to all defendants.

**5:08 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:24