# Attachment B

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| 108 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 51) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 109 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 52) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 113 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 50) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 114 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 118 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 56) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 120 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 49) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 221 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 79) | the statements of Ms. Knust, Mr. Lubert, Mr. Ramsey, Mr. Bolin, Mr. Hannigan, and Mr. Scheiderer cannot be considered for their truth, but only for their effect on the listener. |
| 224 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 78) | the statements of Ms. Knust and Mr. Hannigan cannot be considered for their truth, but only for their effect on the listener. |
| 449 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 188) | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |
| 450 | Docket No. 1363 | Docket No. 1363 | Effect on listener | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness.

this exhibit is admissible only for the effect on the listener. |
| 451 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 188) | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |
| 9707 | Docket No. 1363 | Docket No. 1363 | - | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| 9708 | Docket No. 1363 | Docket No. 1363 | - | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |
| 519-1 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 173) | the statements of Mr. Long can be considered for the effect on the listener, but not for the truth. |
| 542 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 154) | Mr. Lawson's statements can only be considered for their effect on the listener. |
| 559 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 113) | Mr. Boarman's statements can be considered only for their effect on the listener. |
| 618 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 206) | the statements of Mr. Kronauge and Mr. Cullen can only be considered for their effect on the listener. |
| 744 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 286) | Mr. Kronauge's statements can be considered only for their effect on the listener. |
| 746-1 | Docket No. 1363 | Docket No. 1363 | - | Mr. Kronauge's statements are can be considered only for their effect on the listener. |
| 933 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 103) | Ms. Garland's statements can be considered only for their effect on the listener. |
| 953 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 135) | Mr. Slider's statements can be considered only for their effect on the listener. |
| 955 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 151) | Mr. Justice's statements can be considered only for their effect on the listener. |
| 1056 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 106) | Exhibits 1056, E-873, and E-874 must be introduced at the same time. |
| E-873 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | Exhibits 1056, E-873, and E-874 must be introduced at the same time. |
| E-874 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | Exhibits 1056, E-873, and E-874 must be introduced at the same time. |
| 1256 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | this exhibit can be considered against Mr. Penn, Mr. Austin, and Mr. Lovette only. |
| 1546 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 34) | 1546, D-839, and I-141 must be admitted at the same time under the rule of completeness |
| D-839 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | 1546, D-839, and I-141 must be admitted at the same time under the rule of completeness |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| I-141 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | 1546, D-839, and I-141 must be admitted at the same time under the rule of completeness |
| 1547 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | 1547 and E-570 must be admitted at the same time under the rule of completeness

the upper email may be considered against Mr. Penn only. |
| E-570 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | 1547 and E-570 must be admitted at the same time under the rule of completeness

this exhibit can only be considered against Mr. Penn and Mr. Austin |
| 1700 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | the top portion is admissible only against Defendant Brady. |
| 1713 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | Mr. Austin's statements can only be considered against him. |
| 1882 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 106) | the statements regarding what "Sarah wants" can only be considered for their effect on the listener. |
| 2001 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 194) | Mr. Baker's statement can only be considered for their effect on the listener. |
| 2002 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 195) | Mr. Baker's statement can only be considered for their effect on the listener. |
| 3037 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 14) | the jury can consider the exhibit to prove the existence of a conspiracy but not as to whether any defendant was a member of that conspiracy. |
| 6198 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 13) | the jury can consider the exhibit to prove the existence of a conspiracy but not as to whether any defendant was a member of that conspiracy |
| 7046 | Docket No. 1031-1 | Docket No. 1031-1 | 801(d)(2)(A) | this exhibit can be considered only against Mr. Austin |
| 9255-1 | Docket No. 1338-2 | Docket No. 1363 | - | Mr. Bruce's statements can be considered only for their effect on the listener. |
| 9709 | Docket No. 1363 | Docket No. 1363 | Effect on listener | this exhibit can be considered only for the effect on the listener. |
| 9743 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 22-S) | Mr. Simco's statements can only be considered for their effect on the listener. |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| 10651 | Docket No. 1363 | Docket No. 1363 | - | Mr. Ledford's statements cannot be considered for their truth, but only for their effect on the listener. |